Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Crave Brands, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | **21-04729** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **LQD Financial Corp.**<br>**370 North Carpenter Street**<br>**Chicago, IL 60607** | | **Personal Property** | | **$6,650,000.00** | **Unknown** | **Unknown** |
| **Servcorp West Lake LLC**<br>**444 West Lake Street Floor 17**<br>**Chicago, IL 60606** | | **lease on office space** | | | | **$0.00** |
| **Small Business Adminstration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | | **EIDL Loan** | | | | **$149,900.00** |