**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Crave Brands, LLC, et al.,** | ) | Case No. 21-04729 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Timothy A. Barnes |

**NOTICE OF DEBTORS' OBJECTION TO LQD FINANCIAL CORP.'S MOTION TO DISMISS AND/OR STAY RELIEF [DKT. NO. 22]**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **April 19, 2021** at **1:00 p.m.**, I will appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, and present **Debtors' Objection to LQD Financial Corp.'s Motion to Dismiss and/or Stay Relief [Dkt. No. 22]**.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password. Those appearing by telephone will require extra clearance before being allowed into the hearing.

Meeting ID and password. **The meeting ID for this hearing is 161 329 5276 and the password is 433658.** The meeting ID and password can also be found on the judge's page on the court's web site.

Respectfully submitted,

Crave Brands, LLC and Meathead Restaurants, Debtors and Objectors,

By: /s/ Lauren Newman
     Proposed counsel for Objectors

Lauren Newman, Esq.  (IL Bar No. 6188355)
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 580-2328
Fax: (312) 580-2201
lnewman@thompsoncoburn.com

David A. Warfield
Thompson Coburn LLP
One U.S. Bank Plaza, Suite 2700
St. Louis, Missouri 63101
Telephone: (314) 552-6079
Fax: (314) 552-7000
dwarfield@thompsoncoburn.com

Proposed Counsel for Debtors

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she served a copy of this **Debtors' Objection to LQD Financial Corp.'s Motion to Dismiss and/or Stay Relief [Dkt. No. 22],** via ECF or U.S. Mail, as designated below, on April 14, 2021.

/s/ Annie Versis

## SERVICE LIST

William J. Factor, Esq.
Counsel for LQD Financial Corp.
150 W. Madison Street, Suite 1500
Chicago, IL 60602
(Via ECF and U.S. Mail)

Matthew Brash
Newpoint Advisors Corporation
1320 Tower Road
Schaumburg, IL 60173
(Via ECF)

Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604
(Via ECF)

Bob Handler
Commercial Recovery Associates, LLC
205 W. Wacker Drive
Suite 918
Chicago, IL 60606
(Via U.S. Mail)