UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 21-04729 |
|  | ) |  |
|  | ) | Chapter 11 |
| Crave Brands, LLC, et al., | ) |  |
|  | ) | Judge Timothy A. Barnes |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |

**ORDER SETTING SUBCHAPTER V STATUS CONFERENCE**
**AND DEADLINES FOR FILING OF PLAN, CLAIMS AND**
**ELECTIONS UNDER 11 U.S.C. §1111(b)**

Crave Brands, LLC and Meathead Restaurants, LLC (the "Debtors") have elected to proceed with this case under subchapter V of chapter 11 of title 11 of the United States Code;

IT IS HEREBY ORDERED:

1. <u>Status Conference.</u> The court will hold the status conference required by 11 U.S.C. § 1188(a) on Monday May 24, 2021, at 2:00 PM via Zoom. Instructions for connecting to the hearing are available at https://www.ilnb.uscourts.gov/content/judge-timothy-barnes. The Debtors, counsel for the Debtors, and the subchapter V trustee assigned to this case must appear in person at the status conference.

2. <u>Section 1188(c) Report.</u> On or before Monday May 10, 2021, the Debtors must file the report required by 11 U.S.C. § 1188(c), and serve that report on the subchapter V trustee assigned to this case, the United States Trustee and all creditors and other parties in interest. The Debtors must file proof of service on the docket before the status conference.

3. <u>Deadline to File a Plan.</u> Pursuant to 11 U.S.C. § 1189(d), the Debtors must file a chapter 11 plan on or before Thursday July 8, 2021.

4. <u>Deadline to File Claims.</u> Entities other than governmental units must file proofs of claim or interest on or before Tuesday June 29, 2021.

5. <u>Deadline for 1111(b) Election.</u> Secured creditors wishing to make an election under 11 U.S.C. § 1111(b) must do so on or before Thursday July 22, 2021.

      6.     <u>Service.</u>  The clerk of the court is directed to serve directly or through the Bankruptcy Noticing Center a copy of this order on the Debtors, the United States Trustee, all creditors and all other parties in interest and to file a certificate of service as required by Rule 7016-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois.

Dated:  April 20, 2021                                   ENTERED:

                                                    _____
                                                    Timothy A. Barnes
                                                    United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Illinois

In re:

Crave Brands, LLC

Meathead Restaurants, LLC

    Debtors

Case No. 21-04729-TAB

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: pseamann | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: pdf010 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 29319865 | + | KW Restaurant Holdings, LLC, 633 W. North Avenue #527, Chicago, IL 60610-0903 |
| 29319866 | + | LQD Financial Corp., 370 North Carpenter Street, Chicago, IL 60607-1223 |
| 29319867 | + | Meatheads Franchising, LLC, 350 W. Hubbard St., Suite 640, Chicago, IL 60654-6937 |
| 29319869 | + | Servcorp West Lake LLC, 444 West Lake Street Floor 17, Chicago, IL 60606-0070 |
| 29319870 | + | Small Business Adminstration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 29319871 | + | Steve Karfaridis, 633 W. North Avenue #527, Chicago, IL 60610-0903 |
| 29319872 | + | William J. Factor, 105 Madison Street, Suite 1500, Chicago, IL 60602-4602 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 29333089 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2021 00:26:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 29333090 | Email/Text: rev.bankruptcy@illinois.gov | Apr 21 2021 00:27:00 | Illinois Department of Revenue, Bankruptcy Unit, P O Box 19035, Springfield IL 62794-9035 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29319868 | ##+ | Meatheads Restaurants, LLC, 101 California Street, Suite 2710, San Francisco, CA 94111-5818 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0752-1 | User: pseamann | Page 2 of 2 |
| Date Rcvd: Apr 20, 2021 | Form ID: pdf010 | Total Noticed: 9 |

Date: Apr 22, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Hockett
                                  on behalf of Debtor 1 Crave Brands  LLC bhockett@thompsoncoburn.com, hspurgeon@thompsoncoburn.com

David A Warfield
                                  on behalf of Debtor 1 Crave Brands  LLC dwarfield@thompsoncoburn.com

David A. Newby
                                  on behalf of Creditor MEPT Stony Creek LLC dnewby@momkus.com  lholub@momkus.com

Lauren Newman
                                  on behalf of Debtor 1 Crave Brands  LLC lnewman@thompsoncoburn.com,
                                  chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;ebarraza@thompsoncoburn.com

Matthew Brash
                                  mbrash@newpointadvisors.us  I003@ecfcbis.com

Patrick S Layng
                                  USTPRegion11.ES.ECF@usdoj.gov

William J Factor
                                  on behalf of Creditor LQD Financial Corp. wfactor@wfactorlaw.com
                                  wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@
                                  notify.bestcase.com

TOTAL: 7