IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case Number: 21-04731 |
| | ) | |
| MEATHEAD RESTAURANTS, LLC, | ) | |
| | ) | Chapter: 11 |
| Debtor. | ) | Honorable Timothy A. Barnes |

**NOTICE OF FINAL DAY TO FILE PROOFS OF CLAIMS**

**TO:** CREDITORS WHO WISH TO FILE CLAIMS AGAINST MEATHEAD RESTAURANTS, LLC

On April 9, 2021, Meathead Restaurants, LLC filed a Chapter 11 bankruptcy petition. If you wish to file a claim against the bankruptcy estate of Meathead Restaurants, LLC for a debt that arose before April 9, 2021, you must file a Proof of Claim on or before **June 29, 2021**.[1]

All claims must be filed either (i) electronically or (ii) mailed to the Clerk's Office, at the following address, so that they are received on or before **June 29, 2021**:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Suite 710
Chicago, Illinois 60604

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's bankruptcy estate.

Under the law some parties need not file claims. See 11 U.S.C. § 1111(a) for a description of who does not need to file a claim. Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.

Dated: May 6, 2021                                   Respectfully submitted,

                                                     Meathead Restaurant, LLC, debtor and debtor-in-
                                                     possession,


                                                     By:     /s/ David A. Warfield
                                                             David A. Warfield (MO-34288)
                                                             One US Bank Plaza – Suite 2700
                                                             St. Louis, Missouri 63101
                                                             Telephone: (314) 552-6000
                                                             Facsimile: (314) 552-7000
                                                             dwarfield@thompsoncoburn.com

                                                     Proposed Attorneys for the Debtor

---

[1] The final day for Governmental Units, as defined in 11 U.S.C. § 101(27), to file proofs of claim is October 6, 2021.