**THOMPSON COBURN** LLP

One US Bank Plaza
St. Louis, MO 63101

314 552 6000 main
314 552 7000 fax
thompsoncoburn.com

David A. Warfield
314 552 6079 direct
dwarfield@thompsoncoburn.com

June 18, 2021

Clerk
U.S. Bankruptcy Court for the
  Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Re:   In re Crave Brands, LLC, Case No. 21-04729
      In re Meathead Restaurants, LLC, Case No. 21-04731

Dear Sir or Madam:

Please be advised that effective immediately, all notices, pleadings and correspondence to Alpha Baking Company should be sent to the following:

| Old Address | New Address |
| --- | --- |
| North Shore Gas Company<br>PO Box 2968<br>Milwaukee, WI 53201 | North Shore Gas Company<br>PO Box 6050<br>Carol Stream, IL 60197-6050 |
| Comcast<br>PO Box 3001<br>Southeastern, PA 19398 | Comcast<br>PO Box 70219<br>Philadelphia, PA 19176-0219 |
| Peoples Gas<br>PO Box 2968<br>Milwaukee, WI 53201 | Peoples Gas<br>PO Box 6050<br>Carol Stream, IL 60197-6050 |

If you have any questions, please feel free to call me.

Very truly yours,

Thompson Coburn LLP

*DAWarfield* (signature)

By
    David A. Warfield

DAW/lam

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**JUN 25 2021**

JEFFREY P. ALLSTEADT, CLERK
**INTAKE 2**