UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:   21-04729 |
|---|---|---|
| Crave Brands, LLC, et al., | ) | (Jointly Administered) |
|  | ) | Chapter:  11 |
|  | ) | Honorable Timothy A. Barnes |
| Debtor(s) | ) |  |

**ORDER SETTING HEARING ON PLAN CONFIRMATION AND OTHER DATES**

This matter coming before the Court on a Status Hearing involving the above-captioned Chapter 11 cases; the Court having been advised that the Debtors are finalizing an amended plan of reorganization and in anticipation thereof, the parties-in-interest appearing before the Court have requested or agreed that the Court should set a hearing to consider confirmation of the aforementioned plan ("Amended Plan"); and the Court otherwise having been fully advised in the premises.

IT IS HEREBY ORDERED:

1) The Debtors shall file the Amended Plan on or before October 18, 2021.

2) The Debtors shall serve the following documents upon the appropriate parties in interest on or before October 18, 2021:
   - The Amended Plan and all exhibits or supplements thereto,
   - This Entered Order,
   - A Notice of Hearing on Confirmation of the Amended Plan of Reorganization.

3) The Debtors shall serve an appropriate ballot for accepting or rejecting the Amended Plan upon all holders of claims and interests entitled to vote upon the Amended Plan on or before October 18, 2021.

4) November 15, 2021, shall be the last day for those creditors or interest holders entitled to vote upon the Amended Plan to file, by written ballot, their acceptance or rejection of the Amended Plan with the Clerk of the United States Bankruptcy Court.

5) November 15, 2021, shall be the last day to file written objections to confirmation of the Amended Plan ("Objections"). Parties may file responses to such Objections on or before November 17, 2021.  If due to the nature of the Objection, parties believe they will be unable to timely respond to an Objection, then they shall inform chambers of this fact and request additional time to respond to the Objections and for the Confirmation Hearing to be continued to a new date.

6) The Debtors shall file a Report of Balloting on the Amended Plan on or before November 17, 2021.

7) A hearing on Confirmation of the Amended Plan (the "Confirmation Hearing") is set for November 22, 2021, at 2:00 p.m., unless an Objection is filed and parties require additional time to

respond to the Objection, in which case the aforementioned November 22, 2021 hearing be treated as a plan status date during which the Court will set a new date and time for the Confirmation Hearing.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 12, 2021

**Prepared by:**

E. Phillip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@ gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Telephone: (312) 263-2200
Facsimile: (312) 263-2242