UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 21bk04729 |
| Crave Brands, LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ). | Honorable Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO MATTHEW BRASH, SUBCHAPTER V TRUSTEE, FOR ALLOWANCE
AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 54,974.50 | TOTAL COSTS REQUESTED: | $ 425.45 |
| TOTAL FEES REDUCED: | $ 236.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 54,738.50 | TOTAL COSTS ALLOWED: | $ 425.45 |

TOTAL FEES AND COSTS ALLOWED: $ 55,163.95

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Unauthorized Work – TOTAL of disallowed amounts $ 236.00

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr. N.D. Ill. 1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

Dated: 10.25.21

_____
Timothy A. Barnes
United States Bankruptcy Judge

Case 21-04729, Doc 234, Filed 10/04/2021, Entered 10/04/2021 09:16:19, Desc Exhibit B,
Page 2 of 6

| Name | Activity Code | Date | Description | Time | Rate | Value |
|------|---------------|------|-------------|------|------|-------|
| Matthew Brash | Business Analysis | 04/19/21 | Review of cash flow model; call with LQD | 1.30 | $295.00 | $383.50 |
| Matthew Brash | Business Analysis | 04/28/21 | Convert company cash flow model to NAC cash flow format | 3.00 | $200.00 | $600.00 |
| Matthew Brash | Business Analysis | 05/03/21 | Updated cash flow model with weekly data | 0.90 | $200.00 | $180.00 |
| Matthew Brash | Business Analysis | 05/05/21 | Build variance by week tab within cash flow model | 0.30 | $200.00 | $60.00 |
| Matthew Brash | Business Analysis | 05/11/21 | Update cash flow model weekly actuals | 0.30 | $200.00 | $60.00 |
| Matthew Brash | Business Analysis | 05/14/21 | Update cash flow model with weekly actual data | 0.30 | $200.00 | $60.00 |
| Matthew Brash | Business Analysis | 05/17/21 | Update cash flow model with data provided by company | 0.50 | $200.00 | $100.00 |
| Matthew Brash | Business Analysis | 05/25/21 | Update cash flow model with actual data provided | 0.30 | $200.00 | $60.00 |
| Matthew Brash | Business Analysis | 05/28/21 | Update cash flow model with actual data provided | 0.30 | $200.00 | $60.00 |
| Matthew Brash | Business Analysis | 06/07/21 | Update cash flow model with prior week actuals | 0.20 | $200.00 | $40.00 |
| Matthew Brash | Business Analysis | 06/09/21 | Cash flow model extension, comparison of original projects to new, update with actuals | 1.50 | $200.00 | $300.00 |
| Matthew Brash | Business Analysis | 06/15/21 | Prior week update and review of cash flow model | 0.30 | $200.00 | $60.00 |
| Matthew Brash | Business Analysis | 06/16/21 | Extension of cash flow model and prepare analysis to compare original to current forecast | 2.50 | $200.00 | $500.00 |
| Matthew Brash | Business Analysis | 06/23/21 | Weekly update of cash flow model | 0.30 | $200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 07/01/21 | Assist Trustee by updating cash flow model based on access/actual financials on Fifth Third and Chase Bank accounts | 0.90 | $200.00 | $180.00 |
| Matthew Brash | Business Analysis | 07/06/21 | Organized data from Meathead financials to demonstrate what the profit share might be for WDH based on EBTDA; prepared summary together with a detailed spreadsheet supporting the calculation | 1.60 | $295.00 | $472.00 |
| Miquela Hiller | Business Analysis | 07/06/21 | Call with Trustee regarding cash flow model | 0.30 | $200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 07/06/21 | Compare bank statements to data provided and update cash flow model for Trustee | 1.50 | $200.00 | $300.00 |
| Douglas Leach | Business Analysis | 07/07/21 | Zoom call w/ MH, and M Webb to obtain passwords for accounting and POS and discussed preparation of daily cash flow report | 0.60 | $250.00 | $150.00 |
| Douglas Leach | Business Analysis | 07/08/21 | Call with MH, CS, MH and S. Karfaridis and M. Webb to discuss current issues and the Period 6 monthly consolidated P and L | 1.00 | $250.00 | $250.00 |
| Miquela Hiller | Business Analysis | 07/08/21 | Review Chase bank data, set up and review reports in Aloha and Compeat Software | 1.20 | $200.00 | $240.00 |
| Douglas Leach | Business Analysis | 07/09/21 | Zoom meeting w/ MH and S. Gailey to go through the Aloha POS reports and how to retrieve the information Newpoint requires to prepare cash flow analysis | 0.40 | $250.00 | $100.00 |
| Miquela Hiller | Business Analysis | 07/09/21 | Updated cash flow model with data from Aloha software | 0.40 | $200.00 | $80.00 |
| Miquela Hiller | Business Analysis | 07/19/21 | Call with M. Webb re. cash flow model daily data and timing | 0.40 | $200.00 | $80.00 |
| Miquela Hiller | Business Analysis | 07/19/21 | Update cash flow model with prior 3 weeks' data, update monthly operating report with 2nd Chase account data, and update cash flow model variance tracking | 1.80 | $200.00 | $360.00 |
| Chuck Keenon | Business Analysis | 07/19/21 | Prepare notes and site visit documentation including photos for 13 locations | 1.00 | $225.00 | $225.00 |
| Miquela Hiller | Business Analysis | 07/21/21 | Update cash flow model with prior day data | 0.30 | $200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 07/22/21 | Update cash flow model with prior day data, update cash flow for prior week data | 0.90 | $200.00 | $180.00 |
| Miquela Hiller | Business Analysis | 07/23/21 | Update cash flow model with prior day data, and prepare modified break even analysis for June sales | 0.80 | $200.00 | $160.00 |
| Miquela Hiller | Business Analysis | 07/26/21 | Sort and classify pre-June bank statements, daily cash flow model update | 1.10 | $200.00 | $220.00 |
| Douglas Leach | Business Analysis | 07/28/21 | Zoom meeting w/ M Webb, S Bailey and B Landstrom to discuss weekly review of A/P, bi-monthly payroll process and process for preparing 28-day report for LQD | 0.90 | $250.00 | $225.00 |
| Miquela Hiller | Business Analysis | 07/29/21 | Daily/weekly cash flow model updates | 4.70 | $200.00 | $940.00 |
| Miquela Hiller | Business Analysis | 07/30/21 | Daily cash flow model update, and assist with preparation of cash collateral budget | 1.30 | $200.00 | $260.00 |
| Miquela Hiller | Business Analysis | 08/03/21 | Daily update of cash flow model from 7/31-8/2 | 0.40 | $200.00 | $80.00 |
| Miquela Hiller | Business Analysis | 08/05/21 | 12 month budget and prior 3 week 5th Motion to Actual comparison | 1.40 | $200.00 | $280.00 |
| Miquela Hiller | Business Analysis | 08/06/21 | 12 month budget and break even analysis | 0.80 | $200.00 | $160.00 |
| Miquela Hiller | Business Analysis | 08/09/21 | Daily updates to cash flow model | 0.40 | $200.00 | $80.00 |
| Douglas Leach | Business Analysis | 08/11/21 | Reviewed payroll and prepared summary of variances, including new hires and pay raises; related follow up w/ S Bailey | 0.70 | $250.00 | $175.00 |
| Miquela Hiller | Business Analysis | 08/11/21 | Update of daily actuals to cash flow model | 0.50 | $200.00 | $100.00 |
| Douglas Leach | Business Analysis | 08/12/21 | Analysis of payables against projections and preparation of cash collateral budget with actuals versus budgeted | 0.30 | $250.00 | $75.00 |
| Miquela Hiller | Business Analysis | 08/12/21 | Daily and weekly update of cash flow model | 0.50 | $200.00 | $100.00 |
| Matthew Brash | Business Operations | 04/27/21 | Regular/weekly debtor call | 0.30 | $295.00 | $88.50 |
| Matthew Brash | Business Operations | 04/27/21 | Multiple calls with debtor, debtor's counsel and LQD counsel status of case | 1.60 | $295.00 | $472.00 |

Case 21-04729, Doc 234, Filed 10/04/2021, Entered 10/04/2021 09:16:19, Desc Exhibit B,
Page 3 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| Matthew Brash | Business Operations | 05/11/21 | Weekly debtor call and review | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Business Operations | 05/24/21 | Financial review and docket update | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Business Operations | 06/25/21 | Multiple calls and emails re: next steps in case - issues with close of restaurant in Bloomington; calls with debtor's counsel, secured creditors' counsel and UST | 1.60 | $295.00 | $472.00 |
| Matthew Brash | Business Operations | 06/30/21 | Multiple calls and emails with Crave management re: financials, AP run, operational issues, Aloha system, price and menu | 1.70 | $295.00 | $501.50 |
| Matthew Brash | Business Operations | 06/30/21 | Set-up and transition of Fifth Third and Chase Bank Accounts; multiple calls and emails with M. Webb and bankers/treasury management for Fifth Third and Chase Bank | 0.90 | $200.00 | $180.00 |
| Carin Sorvik | Business Operations | 07/01/21 | Call w/ MB, S. Karfaridis and M. Webb regarding operations and transition; related follow up | 0.90 | $275.00 | $247.50 |
| Matthew Brash | Business Operations | 07/01/21 | Call with debtor - SK and MW re: AP and payroll; review of financials; access to 53.com and Fifth Third Direct; schedule for the day; walk-through critical items; issues with Aloha system | 2.40 | $295.00 | $708.00 |
| Matthew Brash | Business Operations | 07/01/21 | Regular debtor call - discussed continued transition from DIP to TIP - insurance, financials, approve AP, payroll, operating procedures | 0.70 | $295.00 | $206.50 |
| Carin Sorvik | Business Operations | 07/02/21 | Regular call w/ MB, S. Karfaridis, and M. Webb regarding operations and transition; related follow up including re MORs | 0.50 | $275.00 | $137.50 |
| Matthew Brash | Business Operations | 07/02/21 | Review and sign weekly AP run and budget comparison | 0.50 | $200.00 | $100.00 |
| Matthew Brash | Business Operations | 07/02/21 | Daily call with debtor reps - SK and MW. Reviewed previous day actions items, labor and management concerns, financials and timing, food service and schedule for week beginning 7/5/21. | 0.70 | $295.00 | $206.50 |
| Miquela Hiller | Business Operations | 07/02/21 | Daily call with debtor principals and NAC team | 0.70 | $200.00 | $140.00 |
| Carin Sorvik | Business Operations | 07/02/21 | Call w/ MB, M Gensburg, and P Groben regarding open items, including retention, PPP loan, and leases; related follow up | 1.00 | $275.00 | $275.00 |
| Chuck Keenon | Business Operations | 07/06/21 | Initial site visits Lincolnwood, Chicago Willowbrook, Naperville, Barrington conducted on 7/2/2021 to assist Trustee in visting all store locations | 3.00 | $225.00 | $675.00 |
| Chuck Keenon | Business Operations | 07/06/21 | Travel to Lincolnwood, Chicago, Willowbrook, Naperville, Barrington - site visit to assist Trustee | 2.00 | $112.50 | $225.00 |
| Carin Sorvik | Business Operations | 07/06/21 | Regular call w/ MB, S. Karfaridis, and M. Webb regarding operations and transition; take notes and summarize for Trustee (who had to attend another hearing) | 0.80 | $275.00 | $220.00 |
| Carin Sorvik | Business Operations | 07/06/21 | Regular call w/ S. Karfaridis and store managers regarding operations; related follow up - provide update for Trustee who had to attend court hearing | 1.50 | $275.00 | $412.50 |
| Matthew Brash | Business Operations | 07/06/21 | Daily call and review - credentials; financials; HVAC issues; labor issues; taxes and tax prep work | 1.20 | $295.00 | $354.00 |
| Miquela Hiller | Business Operations | 07/06/21 | Daily call with debtor principals and NAC team | 0.40 | $200.00 | $80.00 |
| Chuck Keenon | Business Operations | 07/07/21 | Initial Site visits Normal, Bloomington, Champaign, Frankford, Munster Oaklawn IL. | 4.00 | $225.00 | $900.00 |
| Matthew Brash | Business Operations | 07/07/21 | Daily call with debtor - review of credentials; management; vendor issues and meat shortage | 1.20 | $295.00 | $354.00 |
| Miquela Hiller | Business Operations | 07/07/21 | Daily call with debtor principals and NAC team; follow up call with DL and M. Webb to review cash flow model source data | 1.60 | $200.00 | $320.00 |
| Chuck Keenon | Business Operations | 07/07/21 | Travel to Normal, Bloomington, Champlain, Frankfort, Munster, Oaklawn IL | 2.00 | $112.50 | $225.00 |
| Chuck Keenon | Business Operations | 07/07/21 | Travel to Normal, Bloomington, Champlain, Frankfort, Munster, Oaklawn IL | 4.20 | $112.50 | $472.50 |
| Carin Sorvik | Business Operations | 07/07/21 | Regular call w/ MB, S. Karfaridis, and M. Webb regarding operations and transition; related follow up | 1.20 | $275.00 | $330.00 |
| Carin Sorvik | Business Operations | 07/08/21 | Regular call w/ MB, S. Karfaridis, and M. Webb regarding operations; related follow up | 1.50 | $275.00 | $412.50 |
| Matthew Brash | Business Operations | 07/08/21 | Daily debtor call - daily reports and financials; taxes and other items | 0.90 | $295.00 | $265.50 |
| Miquela Hiller | Business Operations | 07/08/21 | Daily call with debtor principals and NAC team | 1.10 | $200.00 | $220.00 |
| Carin Sorvik | Business Operations | 07/09/21 | Call w/ MB, S. Karfaridis, M. Webb, and S. Bailey regarding operations; related follow up | 1.20 | $275.00 | $330.00 |
| Matthew Brash | Business Operations | 07/09/21 | Daily debtor call - discuss financials, monthly reporting, calendar events and possible transition with WDHG | 0.80 | $295.00 | $236.00 |
| Miquela Hiller | Business Operations | 07/09/21 | Daily call with debtor principals and NAC team; follow up call with DL and SBailey to review Aloha and Compeat reports | 1.50 | $200.00 | $300.00 |
| Carin Sorvik | Business Operations | 07/12/21 | Call w/ MB, S. Karfaridis, M. Webb, and S. Bailey regarding operations; related follow up | 0.30 | $275.00 | $82.50 |
| Matthew Brash | Business Operations | 07/15/21 | Sign and mail checks | 0.50 | $295.00 | $147.50 |

| Carin Sorvik | Business Operations | 07/15/21 | Call w/ P. Groben, MK, and DL regarding cash transactions petition to date and preparation of monthly operating reports; related follow up | 2.10 | $275.00 | $577.50 |
|---|---|---|---|---|---|---|
| Matthew Brash | Business Operations | 07/15/21 | Call with debtor and debtor's counsel re: transition and plan | 0.80 | $295.00 | $236.00 |
| Carin Sorvik | Business Operations | 07/16/21 | Call w/ MB, S. Karfaridis, M. Webb, B. Hockett, M. Groben, and P. Groben; related follow up | 0.90 | $275.00 | $247.50 |
| Carin Sorvik | Business Operations | 07/16/21 | Preparation of June 2021 monthly operating reports, including review of cash receipts and disbursements | 3.30 | $275.00 | $907.50 |
| Matthew Brash | Business Operations | 07/20/21 | Debtor call - review of cash flow; operational items and staffing | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Business Operations | 07/21/21 | Weekly debtor call | 1.00 | $0.00 | $0.00 |
| Matthew Brash | Business Operations | 07/22/21 | Call and emails with employees re: update on bankruptcy | 1.50 | $295.00 | $442.50 |
| Matthew Brash | Business Operations | 07/22/21 | Monthly Operating Report Review; review of AP and cash flow model | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Business Operations | 07/23/21 | Operations call with WDHG and debtor - review insurance, MOR, AP, PPP2 forgiveness, operational controls and processes and food costs/menu pricing | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Business Operations | 07/23/21 | Update call with UST | 0.30 | $0.00 | $0.00 |
| Matthew Brash | Business Operations | 07/26/21 | Call with debtor and WDHG - operational processes and updates | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Business Operations | 07/27/21 | Financial call; review of payroll and AP | 1.50 | $295.00 | $442.50 |
| Matthew Brash | Business Operations | 07/29/21 | Call with WDHG and debtor re: operations, financials and BK essentials | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Business Operations | 07/29/21 | Update call with Trustee Counsel re: list of to do; cash collateral, insurance, accept/reject leases, PPP forgiveness | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Business Operations | 08/02/21 | Update call with WDHG re: operations of business | 0.30 | $295.00 | $88.50 |
| Matthew Brash | Business Operations | 08/02/21 | Weekly debtor call with WDHG - review of menu prices, scheduling, cash flow, vendor relations; next steps and improvement of overall operations | 1.00 | $295.00 | $295.00 |
| Carin Sorvik | Business Operations | 08/02/21 | Call w/ Well Done, Steve K., and M. Webb regarding operations | 0.70 | $0.00 | $0.00 |
| Matthew Brash | Business Operations | 08/03/21 | Crave-Meatheads internal call - review of AP and cash flow; reporting requirements | 0.50 | $295.00 | $147.50 |
| Carin Sorvik | Business Operations | 08/04/21 | Various emails regarding operations | 0.50 | $0.00 | $0.00 |
| Carin Sorvik | Business Operations | 08/09/21 | Call w/ MB, Well Done, and Steve K. regarding operations | 0.50 | $0.00 | $0.00 |
| Matthew Brash | Business Operations | 08/12/21 | Weekly call with debtor and Well Done | 0.80 | $295.00 | $236.00 |
| Carin Sorvik | Business Operations | 08/12/21 | Call w/ MB, Well Done, Steve K., and M. Webb regarding operations | 0.50 | $0.00 | $0.00 |
| Carin Sorvik | Business Operations | 08/12/21 | Analysis of monthly operating reports filed by Debtor for Crave and Meatheads; related follow up | 0.90 | $275.00 | $247.50 |
| Carin Sorvik | Business Operations | 08/12/21 | Preparation of July 2021 monthly operating report | 0.50 | $275.00 | $137.50 |
| Carin Sorvik | Business Operations | 08/13/21 | Follow up with M. Webb regarding May 2021 monthly operating report cash variance to bank statements | 0.20 | $275.00 | $55.00 |
| Matthew Brash | Cash Collateral | 04/12/21 | Call with debtor and LQD re: cash collateral and adequate protection | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Cash Collateral | 04/28/21 | Call with LQD re: cash collateral budget / other | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Cash Collateral | 05/14/21 | Call with LQD | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Cash Collateral | 05/17/21 | Call with LQD | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Cash Collateral | 06/16/21 | Crave Hearing - Cash Collateral Motion | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Cash Collateral | 06/29/21 | Multiple calls with debtor and debtor's counsel; LQD and commence transition | 1.80 | $295.00 | $531.00 |
| Carin Sorvik | Cash Collateral | 07/01/21 | NAC internal kickoff call; related follow up including review of pleadings regarding use of cash collateral, monthly operating reports, schedules and SOFAs | 1.80 | $275.00 | $495.00 |
| Carin Sorvik | Cash Collateral | 07/07/21 | Assist Trustee in preparation of cash collateral budget, including analysis of actual daily cash activity petition to date; related follow up | 2.50 | $275.00 | $687.50 |
| Carin Sorvik | Cash Collateral | 07/08/21 | Continued preparation of budget re. 5th motion for use of cash collateral; related follow up | 2.90 | $275.00 | $797.50 |
| Matthew Brash | Cash Collateral | 07/08/21 | Cash collateral and budget review; calls with LQD and counsel re: cash collateral budget; review of Fifth Third Direct and AP cut | 1.70 | $295.00 | $501.50 |
| Carin Sorvik | Cash Collateral | 07/09/21 | Call w/ W. Factor, M. Gensburg, P. Groben, and MB regarding cash collateral budget, and continued preparation of same per call; related follow up | 2.70 | $275.00 | $742.50 |
| Carin Sorvik | Cash Collateral | 07/12/21 | Follow up regarding cash collateral budget | 0.30 | $275.00 | $82.50 |
| Matthew Brash | Cash Collateral | 07/20/21 | Call w/ P. Groben and M. Gensburg to discuss cash collateral report and reporting/review requirements going forward | 1.10 | $295.00 | $324.50 |
| Matthew Brash | Cash Collateral | 07/22/21 | Update call with LQD re: status of BK | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Cash Collateral | 07/26/21 | Cash collateral review | 1.50 | $295.00 | $442.50 |
| Matthew Brash | Cash Collateral | 07/29/21 | Update call with LQD re: status of BK | 0.40 | $295.00 | $118.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Carin Sorvik | Cash Collateral | 07/29/21 | Review and update cash collateral budget for 6th motion; related follow up | 2.10 | $275.00 | $577.50 |
| Carin Sorvik | Cash Collateral | 07/30/21 | Follow up regarding 6th motion for use of cash collateral, including calls w/ M. Webb and budget | 1.50 | $275.00 | $412.50 |
| Matthew Brash | Cash Collateral | 07/30/21 | Update and review of cash collateral budget with debtor, LQD and counsel regarding extension of three weeks, Plan, cash flow, and WDH | 1.40 | $295.00 | $413.00 |
| Carin Sorvik | Cash Collateral | 08/02/21 | Update cash collateral per counsel review; related follow up | 0.70 | $275.00 | $192.50 |
| Matthew Brash | Cash Collateral | 08/04/21 | Cash collateral review and update | 1.20 | $295.00 | $354.00 |
| Matthew Brash | Court Hearing | 04/11/21 | Review of docket and filings | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Court Hearing | 04/12/21 | Docket review - filings and petitions | 0.60 | $295.00 | $177.00 |
| Matthew Brash | Court Hearing | 04/13/21 | First Day Motions call with Debtor and counsel for LQD | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Court Hearing | 04/13/21 | Review of first-day motions (emergency motions); call with UST, debtor and LQD re: status and agreeing to proceed in Sub V<br><br>(1) Unauthorized work reduced 100% | 1.20 | $0.00 | $0.00 |
| Matthew Brash | Court Hearing | 04/13/21 | Attend Emergency Motion/Hearing for First Day Motions | 1.20 | $295.00 | $354.00 |
| Matthew Brash | Court Hearing | 04/21/21 | Attend IDI Meeting | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Court Hearing | 04/26/21 | Docket review and document update and review | 0.30 | $295.00 | $88.50 |
| Matthew Brash | Court Hearing | 04/27/21 | Update call with David Warfield | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Court Hearing | 05/11/21 | Status hearing - motion to dismiss; utilities; cash collateral | 1.30 | $295.00 | $383.50 |
| Matthew Brash | Court Hearing | 05/12/21 | Attend 341 Meeting of Creditors | 1.80 | $295.00 | $531.00 |
| Matthew Brash | Court Hearing | 05/20/21 | Attend hearing on utilities and other matters | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Court Hearing | 05/24/21 | Attend hearing | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Court Hearing | 05/28/21 | Commence review of depositions | 0.90 | $295.00 | $265.50 |
| Matthew Brash | Court Hearing | 06/01/21 | Attend Trial Hearing | 5.40 | $295.00 | $1,593.00 |
| Matthew Brash | Court Hearing | 06/08/21 | Attend Day 3 Trial | 5.20 | $295.00 | $1,534.00 |
| Matthew Brash | Court Hearing | 06/28/21 | Attend hearing; multiple calls re: DIP to TIP and calls with debtor and debtor's counsel; multiple calls with debtor principals and counsel for debtor re: next steps and TIP process; call with UST | 3.40 | $295.00 | $1,003.00 |
| Matthew Brash | Court Hearing | 07/12/21 | Attend hearing to retain GCK and status of motion to dismiss | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Employment Application | 06/30/21 | Call w/ MB, M Gensburg, and P Groben regarding retention and initial open items | 0.60 | $295.00 | $177.00 |
| Carin Sorvik | Employment Application | 07/01/21 | Call w/ MB, P. Groben, M. Gensburg, Well Done Hospitality - J. Falk, J. Rolls, S. Abid, S. Prebish, LQD - E. Weisheit, W. Manderscheid, B. Factor; related follow up | 0.90 | $275.00 | $247.50 |
| Matthew Brash | Employment Application | 07/01/21 | Review of previous Well Done proposal; call with LQD, LQD counsel, Well Done and Well Done counsel to discuss retention as consultant/manager under Sub V Trustee | 1.10 | $295.00 | $324.50 |
| Carin Sorvik | Employment Application | 07/02/21 | Review motion to retain counsel for trustee; related follow up w/ MB | 0.30 | $275.00 | $82.50 |
| Matthew Brash | Employment Application | 07/02/21 | Call with M. Gensburg and P. Groben re: retention motions, PPP forgiveness, operations update and calendar of events for July 2021 and August 2021 (deadlines), trustee/debtor plan | 1.00 | $0.00 | $0.00 |
| Matthew Brash | Employment Application | 07/02/21 | Review of Motion to Retain GCK as Trustee Counsel | 0.20 | $0.00 | $0.00 |
| Carin Sorvik | Employment Application | 07/05/21 | Call w/ MB, Well Done, and counsel regarding proposal; related follow up | 0.70 | $275.00 | $192.50 |
| Matthew Brash | Employment Application | 07/05/21 | Retention of counsel review; motions and other retention/management contracts review - specifically WDHG, edit and submit; multiple calls with WDHG, LQD and proposed counsel | 1.90 | $295.00 | $560.50 |
| Carin Sorvik | Employment Application | 07/06/21 | Follow up regarding various pending matters, including Well Done proposal and analysis of profit sharing | 2.60 | $275.00 | $715.00 |
| Carin Sorvik | Employment Application | 07/07/21 | Call w/ LQD, MB, and counsel regarding Well Done proposal | 0.70 | $275.00 | $192.50 |
| Matthew Brash | Employment Application | 07/07/21 | Call w/ M Gensburg and P. Groben regarding Well Done proposal and cash collateral considerations; related follow up | 0.80 | $295.00 | $236.00 |
| Matthew Brash | Employment Application | 07/07/21 | Multiple calls and emails with Trustee counsel; debtor and LQD (and counsel) to review retention of Well Done Hospitality Group as day-to-day operators. First call with Trustee team to review initial comments and feedback; follow-up call with LQD and counsel; cash collateral review and timing for ERC | 1.70 | $295.00 | $501.50 |
| Matthew Brash | Employment Application | 07/09/21 | Multiples call and emails re: motion to retain WDHG, cash collateral budget review and plan of reorganization | 1.40 | $295.00 | $413.00 |
| Matthew Brash | Employment Application | 07/10/21 | Call with WDHG re: retention and next steps re: services, communication and set-up; review of motion for retention and call with M. Gensburg re: final comments | 1.00 | $295.00 | $295.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Carin Sorvik | Employment Application | 07/13/21 | Call w/ MB, DL, and MK regarding outstanding items; related follow up | 0.50 | $275.00 | $137.50 |
| Matthew Brash | Employment Application | 07/15/21 | Multiple calls and emails re: retention of WDHG; review of budget and cash flow | 1.40 | $295.00 | $413.00 |
| Carin Sorvik | Employment Application | 07/16/21 | Preparation of first interim fee application | 1.70 | $275.00 | $467.50 |
| Matthew Brash | Employment Application | 07/16/21 | Call with WDGH re: transition and updates on essential operational tasks | 0.80 | $295.00 | $236.00 |
| Carin Sorvik | Employment Application | 07/19/21 | Continued preparation of first interim fee application | 0.60 | $275.00 | $165.00 |
| Matthew Brash | Leases and Executory Contracts | 07/16/21 | Review lease terms for each store location and prepare summary of same | 1.20 | $295.00 | $354.00 |
| Matthew Brash | Leases and Executory Contracts | 07/19/21 | Prepare summary of lease terms for each location | 4.90 | $295.00 | $1,445.50 |
| Matthew Brash | Plan and Disclosure Statement | 04/20/21 | Call with debtor - Sub V Intro; review of cash flow model and strategy for confirming consensual plan | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Plan and Disclosure Statement | 05/11/21 | Call with debtor's counsel and UST - G. Silver re: status of plan and case | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Plan and Disclosure Statement | 05/12/21 | Call with D. Warfield re: plan of reorganization | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Plan and Disclosure Statement | 05/14/21 | Calls with D. Warfield and debtor re: plan of reorganization | 0.70 | $295.00 | $206.50 |
| Matthew Brash | Plan and Disclosure Statement | 05/14/21 | Update calls with debtor's counsel and LQD re: timing of plan and possible avenues for a consensual plan | 0.70 | $295.00 | $206.50 |
| Matthew Brash | Plan and Disclosure Statement | 05/19/21 | Call with debtor and debtor's counsel; discuss first review of plan and layout; explain balance of ability to reorganize and requirement(s) to pay back creditors | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Plan and Disclosure Statement | 05/26/21 | Multiple calls and emails concerning plan status and review; next steps and deposition review; calls with prospective interested DIP lenders, lenders post-petition and possible buyers. Informed all parties that the trustee will forward along the message to debtor and debtor's counsel. | 1.80 | $295.00 | $531.00 |
| Matthew Brash | Plan and Disclosure Statement | 06/04/21 | Call with LQD re: plan of reorganization | 0.70 | $295.00 | $206.50 |
| Matthew Brash | Plan and Disclosure Statement | 06/11/21 | Review of first draft of Crave Plan with LQD; prepare DSCR and internal financial review - send notes and comments and forward plan to debtor's counsel | 1.70 | $295.00 | $501.50 |
| Matthew Brash | Plan and Disclosure Statement | 06/15/21 | Review of plan; set-up of meeting/creditors | 0.90 | $295.00 | $265.50 |
| Matthew Brash | Plan and Disclosure Statement | 06/21/21 | Meeting at Thompson Coburn; plan review and discussions with LQD, LQD Counsel, Debtor's Counsel | 3.20 | $295.00 | $944.00 |
| Matthew Brash | Plan and Disclosure Statement | 06/21/21 | Travel to/from meeting at Thompson Coburn | 2.00 | $147.50 | $295.00 |
| Matthew Brash | Plan and Disclosure Statement | 06/22/21 | Call with debtor, debtor's counsel, LQD and LQD's counsel re: plan and settlement discussions | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Plan and Disclosure Statement | 06/22/21 | Follow-up call b/t LQD and Crave re: plan; review bullet points for plan and timing | 1.20 | $295.00 | $354.00 |
| Matthew Brash | Plan and Disclosure Statement | 06/23/21 | Review of plan comments and red line | 0.90 | $295.00 | $265.50 |
| Matthew Brash | Plan and Disclosure Statement | 07/07/21 | Call with M. Webb re: plan of reorganization and exit | 0.70 | $295.00 | $206.50 |
| Matthew Brash | Plan and Disclosure Statement | 07/08/21 | Call with Steve K. re: plan of reorganization and next steps | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Plan and Disclosure Statement | 07/29/21 | Call with S. Karfaridis re: plan and next steps for BK | 0.50 | $0.00 | $0.00 |
| Matthew Brash | Plan and Disclosure Statement | 07/30/21 | Call with debtor, debtor's counsel and trustee counsel re: plan of reorganization; timing to file debtor plan and options for plan moving forward; follow-up call with creditor LQD re: plan timing and input | 2.40 | $295.00 | $708.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/01/21 | Call with prospective third party lender re: necessity to take out lender | 0.30 | $295.00 | $88.50 |
| Matthew Brash | Plan and Disclosure Statement | 08/03/21 | Call with prospective financier - discuss due diligence items | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Plan and Disclosure Statement | 08/05/21 | Multiple calls and emails re: budget; plan budget; DIP financing; call with LQD update and status of cash flow, plan and possible exit scenarios | 1.80 | $295.00 | $531.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/06/21 | Update call with Trustee's Counsel - discuss timing for filing plan (debtor's plan); payment to unsecured creditors; leases and PPP status | 1.20 | $295.00 | $354.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/09/21 | Call with M. Gensburg re: debtor's plan points; feasibility of proposed plan points and need to have update call with debtor and debtor's counsel to review all options | 0.40 | $295.00 | $118.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/10/21 | Call with debtor, debtor's counsel, trustee counsel re: status of plan | 1.00 | $295.00 | $295.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/13/21 | Call with LQD re: plan and status of case | 0.50 | $295.00 | $147.50 |
| Matthew Brash | Plan and Disclosure Statement | 08/13/21 | Review of debtor's plan; call with debtor re: proposed plan | 2.20 | $295.00 | $649.00 |
| | | | **TOTAL:** | 215.90 | | $ 54,974.50 |