UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 21bk04729 |
| CRAVE BRANDS, LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ). | Honorable Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO MATTHEW BRASH, SUBCHAPTER V TRUSTEE WITH EXPANDED
DUTIES AND AUTHORITY, FOR ALLOWANCE AND PAYMENT OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 66,183.00 | TOTAL COSTS REQUESTED: | $ 959.52 |
| TOTAL FEES REDUCED: | $ 599.10 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 65,583.90 | TOTAL COSTS ALLOWED: | $ 959.52 |

TOTAL FEES AND COSTS ALLOWED: $ 66,543.42

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 599.10

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: January 28, 2022

_____
Timothy A. Barnes
United States Bankruptcy Judge

| Name | Activity Code | Date | Description | Time | Rate | Value |
|---|---|---|---|---|---|---|
| Matthew Brash | Case Administration | 08/16/21 | Multiple calls with debtor, counsel and creditors re: cash flow, cash collateral budget and plan | 1.80 | $ 295.00 | $531.00 |
| Carin Sorvik | Case Administration | 08/16/21 | Continued preparation of fee application | 1.80 | $ 275.00 | $495.00 |
| Carin Sorvik | Case Administration | 08/16/21 | Continued preparation of July 2021 monthly operating reports for Crave and Meathead | 0.60 | $ 275.00 | $165.00 |
| Miquela Hiller | Case Administration | 08/16/21 | Sort and categorize receipts and disbursements for July 2021 monthly operating report | 0.50 | $ 200.00 | $100.00 |
| Miquela Hiller | Business Analysis | 08/16/21 | Update cash flow model with prior day (8/13) data | 0.20 | $ 200.00 | $40.00 |
| Carin Sorvik | Case Administration | 08/16/21 | No charge: Call with Matt Brash, Well Done, and counsel regarding proposal; related follow up | 0.50 | $   - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 08/16/21 | No charge: Calls with Matt Brash, Michael Webb, and S. Karfaridis re: Plan | 0.50 | $   - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 08/17/21 | Analysis of plan projections prepared by Michael Webb; related follow up with Matt Brash | 1.00 | $ 275.00 | $275.00 |
| Miquela Hiller | Case Administration | 08/17/21 | Enter receipts and disbursements into monthly operating report, download and redact bank statements, download AP report for July 2021 | 1.00 | $ 200.00 | $200.00 |
| Carin Sorvik | Case Administration | 08/17/21 | Preparation of budget for 7th motion to approve use of cash collateral; related follow up | 1.80 | $ 275.00 | $495.00 |
| Miquela Hiller | Business Analysis | 08/17/21 | Update cash flow model with prior day (8/14-8/16) data | 0.50 | $ 200.00 | $100.00 |
| Miquela Hiller | Business Analysis | 08/18/21 | Call with C. Sorvik, call with D. Leach | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Case Administration | 08/18/21 | Assist with analysis of motion for use of cash collateral | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Case Administration | 08/18/21 | Continued preparation of budget regarding 7th motion for use of cash collateral; related follow up with Michael Webb and Matt Brash | 1.60 | $ 275.00 | $440.00 |
| Miquela Hiller | Business Analysis | 08/18/21 | Update cash flow model with prior day (8/17) data | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/19/21 | Multiple calls with WDHG, debtor and LQD re: plan status | 0.80 | $ 295.00 | $236.00 |
| Carin Sorvik | Case Administration | 08/19/21 | Follow up regarding budget for 7th motion to use cash collateral | 0.90 | $ 275.00 | $247.50 |
| Miquela Hiller | Business Analysis | 08/19/21 | Organize weekly payables and compare to budget | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 08/19/21 | Update cash flow model with prior day (8/18) data and prior week update, reconcile bank data | 1.40 | $ 200.00 | $280.00 |
| Carin Sorvik | Case Administration | 08/19/21 | No charge: Call with Matt Brash, Steve Karafidas, and Michael Webb regarding various pending items | 0.20 | $   - | $0.00 |
| Carin Sorvik | Case Administration | 09/09/21 | No charge: Call with Matthew Gensburg, Phil Groben, and Matt Brash regarding cash | 0.30 | $   - | $0.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/20/21 | Call with trustee counsel re: plan and options; discuss ERC funds and next steps to finalize a plan and present to court; review and discuss, briefly, cash collateral budget due 8/23/21 | 0.60 | $ 295.00 | $177.00 |
| Miquela Hiller | Business Analysis | 08/20/21 | Add prior week data into cash collateral to compare with projections | 0.60 | $ 200.00 | $120.00 |
| Carin Sorvik | Case Administration | 08/20/21 | Continued preparation of first interim fee application; related follow up with counsel | 0.40 | $ 275.00 | $110.00 |
| Carin Sorvik | Case Administration | 08/20/21 | Preparation of Meathead Restaurants July 2021 monthly operating report; related follow up | 2.10 | $ 275.00 | $577.50 |
| Douglas Leach | Business Operations | 08/20/21 | Review checks to be cut for the week against budget and for relevance; phone call with Miquela Hiller to discuss and review all payments for the week against budget | 0.70 | $ 250.00 | $175.00 |
| Miquela Hiller | Business Analysis | 08/20/21 | Update cash flow model with prior day actuals | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Plan and Disclosure Statement | 08/20/21 | No charge: Call with Matt Brash, Matthew Gensburg and Phil Groben regarding Plan; related follow up | 0.80 | $   - | $0.00 |
| Douglas Leach | Case Administration | 08/21/21 | Analysis of July cash activity for monthly operating report | 4.20 | $ 250.00 | $1,050.00 |
| Carin Sorvik | Case Administration | 10/21/21 | No charge: Call with Matthew Gensburg and Phil Groben regarding outstanding items; | 0.50 | $   - | $0.00 |
| Matthew Brash | Business Operations | 08/23/21 | Weekly call with debtor and Well Done Hospitality Group | 0.50 | $ 295.00 | $147.50 |
| Matthew Brash | Case Administration | 08/23/21 | Attend status hearing and update | 0.70 | $ 295.00 | $206.50 |
| Carin Sorvik | Case Administration | 08/23/21 | Continued preparation of Meathead Restaurants July 2021 monthly operating report; related follow up | 0.40 | $ 275.00 | $110.00 |
| Matthew Brash | Case Administration | 08/23/21 | Review of Monthly Operating Report | 0.30 | $ 295.00 | $88.50 |
| Matthew Brash | Plan and Disclosure Statement | 08/24/21 | Call with LQD re: plan status | 0.30 | $ 295.00 | $88.50 |
| Carin Sorvik | Case Administration | 08/24/21 | Follow up regarding Meathead Restaurants July 2021 monthly operating report | 0.80 | $ 275.00 | $220.00 |
| Miquela Hiller | Business Analysis | 08/24/21 | Update cash flow model from 8/21-8/23 with actuals | 0.50 | $ 200.00 | $100.00 |
| Matthew Brash | Case Administration | 08/25/21 | Lease review and analysis call with Phil Groben and WDHG | 0.50 | $ 295.00 | $147.50 |
| Miquela Hiller | Business Analysis | 08/25/21 | Review accounts payable for next week compared to cash collateral budget | 0.30 | $ 200.00 | $60.00 |
| Douglas Leach | Business Operations | 08/25/21 | Reviewed payroll for discrepancies and against projected, recommended that it be funded | 0.60 | $ 250.00 | $150.00 |
| Miquela Hiller | Business Analysis | 08/25/21 | Update cash flow model from 8/24 with actuals | 0.20 | $ 200.00 | $40.00 |
| Miquela Hiller | Business Analysis | 08/26/21 | Update actuals for cash collateral budget projections for prior week ending 8/20 | 0.60 | $ 200.00 | $120.00 |
| Miquela Hiller | Business Analysis | 08/26/21 | Update cash flow model from 8/25 and prior week with actuals | 0.60 | $ 200.00 | $120.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/27/21 | Multiple calls and emails with debtor, counsel and LQD re: status of various plans; recommended plan of turnover vs projected; risk-reward and ability to pay out creditors quicker and higher | 0.90 | $ 295.00 | $265.50 |
| Matthew Brash | Business Operations | 08/27/21 | Weekly call with debtor, Well Done Hospitality Group re: staffing, COGS, store visits for week ending 9/3/21 | 0.50 | $ 295.00 | $147.50 |
| Miquela Hiller | Business Analysis | 08/27/21 | Update cash flow model from prior day with actuals, extend model 5 weeks further | 1.00 | $ 200.00 | $200.00 |
| Carin Sorvik | Business Operations | 08/30/21 | No charge: Regular call with Matt Brash, Steven Karfaridas, and Well Done team | 0.50 | $   - | $0.00 |
| Matthew Brash | Plan and Disclosure Statement | 08/30/21 | Multiple calls and emails re: term sheet and plan of reorganization; review of cash flow and ERC funds and status | 1.40 | $ 295.00 | $413.00 |
| Matthew Brash | Business Operations | 08/30/21 | Weekly call with Well Done Hospitality Group and debtor | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Business Analysis | 08/30/21 | Update cash flow model with daily actuals | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Business Operations | 09/09/21 | No charge: Call regarding operations with Steven Karfaridas, Matt Brash, and Well Done team | 0.80 | $   - | $0.00 |
| Carin Sorvik | Business Analysis | 08/31/21 | Call with NAC team regarding cash flow model | 0.20 | $ 275.00 | $55.00 |
| Matthew Brash | Business Operations | 08/31/21 | Lake Bluff visit - operations review | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Business Analysis | 08/31/21 | Update cash flow model with daily actuals | 0.20 | $ 200.00 | $40.00 |
| Miquela Hiller | Business Analysis | 08/31/21 | No charge: Call with Matt Brash, Douglas Leach regarding cash flow model estimates and actuals | 0.20 | $   - | $0.00 |
| Miquela Hiller | Business Analysis | 09/01/21 | Update cash flow model with daily actuals | 0.20 | $ 200.00 | $40.00 |
| Matthew Brash | Business Operations | 09/02/21 | Regular Thursday call with debtor and Well Done Hospitality Group; review promotions, staffing and cash flow; approval of AP; call with Michael Webb | 1.00 | $ 295.00 | $295.00 |
| Douglas Leach | Business Operations | 09/02/21 | Reviewed account payable for the week and sent email to Matt Brash approving checks to be issued | 0.30 | $ 250.00 | $75.00 |
| Miquela Hiller | Business Operations | 09/02/21 | Sort and review check run for coming week | 0.30 | $ 200.00 | $60.00 |

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Miquela Hiller | Business Analysis | 09/02/21 | Update cash flow model with daily and weekly actuals | 0.50 | $ 200.00 | $100.00 |
| Miquela Hiller | Business Analysis | 09/02/21 | Update weekly actuals to comparison with cash collateral budget for prior week | 0.50 | $ 200.00 | $100.00 |
| Carin Sorvik | Business Operations | 09/13/21 | No charge: Regular call regarding operations with Well Done team, Steven Karfaridas, | 0.50 | $ - | $0.00 |
| Matthew Brash | Plan and Disclosure Statement | 09/03/21 | Call with LQD counsel and trustee counsel re: term sheet and finalizing plan by week ending 9/10/21 | 0.70 | $ 295.00 | $206.50 |
| Douglas Leach | Business Analysis | 09/07/21 | Completed daily cash flow "actuals" for 9/2, 9/3 and receipts for the Labor Day Weekend | 1.40 | $ 250.00 | $350.00 |
| Carin Sorvik | Case Administration | 09/07/21 | Preparation of budget for 8th motion for use of cash collateral; related follow up | 1.80 | $ 275.00 | $495.00 |
| Douglas Leach | Business Analysis | 09/08/21 | Completed daily cash flow actuals for 9/7 and reviewed payroll for any discrepancies | 1.30 | $ 250.00 | $325.00 |
| Matthew Brash | Case Administration | 09/09/21 | Call with LQD; follow-up call with GCK re: fee application; plan and status of case | 1.40 | $ 295.00 | $413.00 |
| Matthew Brash | Business Operations | 09/09/21 | Regular Thursday call with Well Done Hospitality Group and debtor | 0.80 | $ 295.00 | $236.00 |
| Carin Sorvik | Case Administration | 09/09/21 | Analysis of budget variances regarding 6th and 7th motions for use of cash collateral | 1.60 | $ 275.00 | $440.00 |
| Douglas Leach | Business Analysis | 09/09/21 | Completed daily cash flow report with the actuals for 9/8/21 and reconciled the week for actuals; updated NAC weekly cash flow report with actuals and reviewed variances | 2.30 | $ 250.00 | $575.00 |

(1) Lumping reduced 10%.

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Carin Sorvik | Business Operations | 09/17/21 | No charge: Call with Steven Karfaridas, Michael Webb, Well Done team and Matt Brash regarding operations | 0.60 | $ - | $0.00 |
| Carin Sorvik | Case Administration | 11/08/21 | No charge: Review and monitor emails | 0.30 | $ - | $0.00 |
| Matthew Brash | Business Analysis | 09/10/21 | Call with Heartland Payroll and Michael Webbre: status of ERC | 0.50 | $ 295.00 | $147.50 |
| Matthew Brash | Case Administration | 09/10/21 | Commence fee application summary | 1.40 | $ 295.00 | $413.00 |
| Douglas Leach | Business Analysis | 09/10/21 | Entered data from Crave's software and from the two banks into the daily cash flow report; reviewed payables for the week against the cash collateral budget | 1.20 | $ 250.00 | $300.00 |

(1) Lumping reduced 10%.

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Carin Sorvik | Business Operations | 09/27/21 | No charge: Call with Well Done team, Michael Webb, and Matt Brash regarding operations | 0.50 | $ - | $0.00 |
| Matthew Brash | Business Operations | 09/13/21 | Weekly Well Done Hospitality Group and debtor call - budget. labor, marketing, maintenance | 0.80 | $ 295.00 | $236.00 |
| Matthew Brash | Case Administration | 09/13/21 | Attend hearing regarding cash collateral and status | 0.40 | $ 295.00 | $118.00 |
| Miquela Hiller | Business Analysis | 09/13/21 | Review of prior week cash flow model, daily update | 0.50 | $ 200.00 | $100.00 |
| Carin Sorvik | Business Operations | 09/28/21 | No charge: Call with Matt Brash Well Done team regarding operations and budget | 0.60 | $ - | $0.00 |
| Miquela Hiller | Business Analysis | 09/14/21 | No charge: Call with Douglas Leach and C. Sorvik on weekly update | 0.30 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 09/14/21 | Call with NAC team regarding plan, including cash flow projections | 0.30 | $ 275.00 | $82.50 |
| Miquela Hiller | Business Analysis | 09/14/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Plan and Disclosure Statement | 09/14/21 | Preparation of cash flow projections for plan based on Michael Webb 2022 projections and plan payment analysis; related follow up | 3.20 | $ 275.00 | $880.00 |
| Matthew Brash | Plan and Disclosure Statement | 09/14/21 | Review of reorganization plan and draft; budget update and review | 1.00 | $ 295.00 | $295.00 |
| Matthew Brash | Business Operations | 09/14/21 | Review, approve and mail out AP | 0.60 | $ 295.00 | $177.00 |
| Miquela Hiller | Business Analysis | 09/14/21 | Sort and categorize bank transactions for monthly operating report, download and redact prior month bank statements | 1.50 | $ 200.00 | $300.00 |
| Matthew Brash | Business Operations | 09/15/21 | Call regarding resignation of executive staff of debtor | 0.50 | $ 295.00 | $147.50 |
| Carin Sorvik | Plan and Disclosure Statement | 09/15/21 | Continued preparation of cash flow projections for plan including calls with Matt Brash and Michael Webb; related follow up | 3.40 | $ 275.00 | $935.00 |
| Miquela Hiller | Business Analysis | 09/15/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Operations | 09/15/21 | Weekly review of proposed AP | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Plan and Disclosure Statement | 09/16/21 | Continued preparation of cash flow projections for plan including analysis of historical data and follow up with Matthew Gensburg and Michael Webb | 5.70 | $ 275.00 | $1,567.50 |
| Miquela Hiller | Business Analysis | 09/16/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Case Administration | 09/16/21 | Preparation of August 2021 monthly operating report | 0.80 | $ 275.00 | $220.00 |
| Douglas Leach | Business Operations | 09/16/21 | Reviewed invoices for payment this week; reviewed actual versus budget for the week with MH and reconciled bank balances | 0.60 | $ 250.00 | $150.00 |

(1) Lumping reduced 10%.

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Miquela Hiller | Case Administration | 09/16/21 | Update receipts and disbursements report for prior month, provide back up documentation for monthly operating report | 1.00 | $ 200.00 | $200.00 |

(1) Lumping reduced 10%.

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Carin Sorvik | Plan and Disclosure Statement | 09/17/21 | No charge: Call with Well Done, Michael Webb, and Matt Brash regarding plan cash flow projections | 0.50 | $ - | $0.00 |
| Matthew Brash | Business Operations | 09/17/21 | Call with Fifth Third Bank re: two fraudulent checks; complete paperwork to file case/report; complete positive pay documents | 1.00 | $ 295.00 | $295.00 |
| Carin Sorvik | Business Operations | 10/01/21 | No charge: Call with Steven Karfaridas, Scott B., Kyle T., and Matt Brash regarding operations | 0.50 | $ - | $0.00 |
| Matthew Brash | Business Operations | 09/17/21 | Weekly call with debtor and Well Done Hospitality Group regarding sales, budget, taxes, rent, health insurance, marketing, staffing | 0.80 | $ 295.00 | $236.00 |
| Matthew Brash | Business Operations | 09/17/21 | Weekly call with Well Done Hospitality Group and debtor regarding budget, marketing, labor, PPP, ERC | 0.90 | $ 295.00 | $265.50 |
| Carin Sorvik | Case Administration | 09/17/21 | Continued preparation of August 2021 monthly operating report | 1.10 | $ 275.00 | $302.50 |
| Carin Sorvik | Plan and Disclosure Statement | 09/17/21 | Continued preparation of cash flow projections for plan including analysis of historical data and follow up with Matthew Gensburg and Michael Webb | 0.60 | $ 275.00 | $165.00 |
| Miquela Hiller | Business Analysis | 09/17/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Case Administration | 09/17/21 | Provide back up documentation for monthly operating report | 0.50 | $ 200.00 | $100.00 |
| Carin Sorvik | Business Operations | 10/07/21 | No charge: Call with Matt Brash, Well Done team, Steven Karfaridas, and Michael Webb regarding operations and other matters | 0.50 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 11/09/21 | No charge: Call with Matt Brash MH regarding cash flow projections for plan; related follow up | 0.20 | $ - | $0.00 |
| Matthew Brash | Business Operations | 09/20/21 | Weekly call with debtor and Well Done Hospitality Group - review labor, marketing efforts (Normal, Champaign, Roscoe Village), insurance and PPP2 | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Business Analysis | 09/20/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Plan and Disclosure Statement | 09/21/21 | Call with debtor, debtor's counsel and Subchapter V Trustee counsel to review budget; plan of reorganization, ERC and outstanding items towards plan finalization | 1.20 | $ 295.00 | $354.00 |
| Miquela Hiller | Business Analysis | 09/21/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Case Administration | 09/21/21 | Internal NAC call with Matt Brash, Douglas Leach | 0.10 | $ 200.00 | $20.00 |
| Miquela Hiller | Case Administration | 09/21/21 | Monthly operating report review and update with reconciliations from debtor | 0.50 | $ 200.00 | $100.00 |
| Matthew Brash | Case Administration | 09/21/21 | Review and update v4 and v5 of budget per conversation and comments from debtor, debtor's counsel and Subchapter V Trustee counsel | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Business Analysis | 09/22/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Miquela Hiller | Business Analysis | 09/22/21 | Extend cash flow model with 5 additional weeks | 1.20 | $ 200.00 | $240.00 |
| Douglas Leach | Business Operations | 09/22/21 | Review and approve checks to be disbursed and payroll for the current week | 0.30 | $ 250.00 | $75.00 |
| Miquela Hiller | Business Operations | 09/22/21 | Weekly check disbursement review for coming week | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Case Administration | 09/23/21 | Weekly call with debtor and WDHG regarding marketing, labor, operations, plan of reorganization | 0.50 | $ 295.00 | $147.50 |
| Miquela Hiller | Business Analysis | 09/23/21 | Daily and weekly cash flow model update | 0.80 | $ 200.00 | $160.00 |
| Miquela Hiller | Plan and Disclosure Statement | 09/23/21 | Review of formulas in cash flow projections for plan documents | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Business Operations | 10/11/21 | No charge: Call with Well Done, Steven Karfaridas, Michael Webb, and Matt Brash regarding operations | 0.50 | $ - | $0.00 |
| Miquela Hiller | Business Analysis | 09/24/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Case Administration | 09/24/21 | Finalize summary for interim application | 0.90 | $ 295.00 | $265.50 |
| Carin Sorvik | Case Administration | 09/24/21 | Update first interim compensation application summary | 1.30 | $ 275.00 | $357.50 |
| Matthew Brash | Case Administration | 09/27/21 | Call with C. Sorvik regarding cash collateral budget | 0.90 | $ 295.00 | $265.50 |
| Carin Sorvik | Case Administration | 09/27/21 | Continued preparation of monthly operating report for August 2021 | 0.50 | $ 275.00 | $137.50 |
| Miquela Hiller | Business Analysis | 09/27/21 | Daily update to cash flow model with actuals | 0.20 | $ 200.00 | $40.00 |
| Carin Sorvik | Case Administration | 09/27/21 | Prepare updated cash collateral budget projections through 12/15/21, including call with Matt Brash related follow up | 1.30 | $ 275.00 | $357.50 |
| Carin Sorvik | Business Operations | 10/22/21 | No charge: Call with Matt Brash, Well Done team, Steve Karafadias, and Michael Webb regarding operations | 1.00 | $ - | $0.00 |
| Carin Sorvik | Business Operations | 10/26/21 | No charge: Call with Well Done team, Steve Karafidas, Michael Webb, and Matt Brash | 0.30 | $ - | $0.00 |
| Matthew Brash | Business Analysis | 09/28/21 | Call with WDHG and LQD re: financial performance | 0.50 | $ 295.00 | $147.50 |
| Carin Sorvik | Case Administration | 09/28/21 | Continued preparation of budget to 9th motion for use of cash collateral | 0.50 | $ 275.00 | $137.50 |
| Carin Sorvik | Plan and Disclosure Statement | 09/28/21 | Continued preparation of plan cash flow projections, including call with Matt Brash | 0.40 | $ 275.00 | $110.00 |
| Miquela Hiller | Business Analysis | 09/28/21 | Daily update to cash flow model with actuals | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Business Analysis | 09/28/21 | Site visit to Champaign operation | 0.30 | $ 295.00 | $88.50 |
| Miquela Hiller | Business Analysis | 09/29/21 | Daily update to cash flow model with actuals | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 09/30/21 | Daily and weekly update to cash flow model with actuals | 0.70 | $ 200.00 | $140.00 |
| Douglas Leach | Business Operations | 09/30/21 | Reviewed checks proposed for disbursement for the current week and approved for payment | 0.40 | $ 250.00 | $100.00 |
| Miquela Hiller | Business Operations | 09/30/21 | Weekly review of checks for disbursement | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Business Operations | 11/04/21 | No charge: Call with WDHG, Steven Karfaridas, Matt Brash NAC team regarding operations | 0.70 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 10/01/21 | Call with Matthew Gensburg, Phil Groben, and Matt Brash regarding Plan and Cash Collateral; related follow up | 0.90 | $ 275.00 | $247.50 |
| Matthew Brash | Business Operations | 10/01/21 | Regular call with debtor and Well Done Hospitality Group | 0.30 | $ 295.00 | $88.50 |
| Carin Sorvik | Case Administration | 10/01/21 | Continued preparation of budget to 9th motion for use of cash collateral; related follow up | 0.50 | $ 275.00 | $137.50 |
| Carin Sorvik | Plan and Disclosure Statement | 10/01/21 | Continued preparation of plan cash flow projections; related follow up | 0.70 | $ 275.00 | $192.50 |
| Miquela Hiller | Business Analysis | 10/01/21 | Daily update to cash flow model with actuals | 0.20 | $ 200.00 | $40.00 |
| Carin Sorvik | Plan and Disclosure Statement | 12/08/21 | No charge: Call with counsel and Matt Brash regarding plan | 0.50 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 10/04/21 | Call with Matt Brash, M. Hiller, and Douglas Leach regarding plan, budget, and other items | 0.40 | $ 275.00 | $110.00 |
| Matthew Brash | Case Administration | 10/04/21 | Call with Steve Karfaridas regarding marketing needs, plan payments, release agreement | 0.50 | $ 295.00 | $147.50 |
| Matthew Brash | Case Administration | 10/04/21 | Status hearing of case; hearing on Cash Collateral Budget (docket #230); approved by Judge Barnes to DeceMatt Brasher 13 @ 2:00pm Central; motion to approve accept/reject leases extended; motion to extend; hearing for confirmation of plan is Nov 22nd; objections due NoveMatt Brasher 15th | 1.30 | $ 295.00 | $383.50 |
| Carin Sorvik | Business Operations | 11/09/21 | No charge: Call with Matt Brash, Well Done team, and Steven Karfaridas regarding operations | 0.50 | $ - | $0.00 |
| Carin Sorvik | Business Operations | 10/05/21 | Call with Matt Brash, Well Done team, Steven Karfaridas, and Michael Webb regarding operations; related follow up | 0.70 | $ 275.00 | $192.50 |
| Matthew Brash | Plan and Disclosure Statement | 10/05/21 | Multiple calls regarding plan projections and budget, financials, marketing efforts, download banking activity | 1.20 | $ 295.00 | $354.00 |
| Miquela Hiller | Business Analysis | 10/05/21 | Daily (weekend) cash flow model update | 0.50 | $ 200.00 | $100.00 |
| Douglas Leach | Business Operations | 10/05/21 | Reviewed of the proposed payroll for the current week for discrepancies | 0.60 | $ 250.00 | $150.00 |
| Miquela Hiller | Business Operations | 10/05/21 | Weekly check run and bank balance analysis | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 10/06/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Douglas Leach | Business Operations | 10/06/21 | Reviewed proposed check disbursements for the week and review cash disbursements against the budget with M. Hiller for adherence to the Cash Collateral Budget | 0.90 | $ 250.00 | $225.00 |
| Miquela Hiller | Business Operations | 10/06/21 | Weekly check run and bank balance analysis | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Business Operations | 11/16/21 | No charge: Call with Matt Brash, Well Done team, and Steven Karfaridas regarding operations | 1.00 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 10/07/21 | Call with Michael Webb and B. Landstrom regarding plan projections; related follow up | 1.10 | $ 275.00 | $302.50 |
| Matthew Brash | Case Administration | 10/07/21 | Weekly call with debtor, WDHG regarding marketing, insurance, sales, plan, financials | 0.70 | $ 295.00 | $206.50 |
| Miquela Hiller | Business Analysis | 10/07/21 | Daily and weekly cash flow model update | 0.80 | $ 200.00 | $160.00 |
| Matthew Brash | Plan and Disclosure Statement | 10/08/21 | Call with C. Sorvik re: plan projection and cash flow model review | 0.70 | $ 295.00 | $206.50 |
| Carin Sorvik | Plan and Disclosure Statement | 10/08/21 | Call with Matt Brash regarding updated plan projections; related follow up | 0.50 | $ 275.00 | $137.50 |
| Miquela Hiller | Business Operations | 10/08/21 | Operations call with debtor's team, Well Done team, NAC team | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 10/08/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Business Analysis | 10/08/21 | Site visit of Frankfort, Naperville, Willowbrook operating locations | 0.30 | $ 295.00 | $88.50 |
| Matthew Brash | Travel Time | 10/08/21 | Travel to and from stores | 1.80 | $ 147.50 | $265.50 |
| Matthew Brash | Business Operations | 10/11/21 | Regular weekly call with debtor and Well Done Hospitality Group regarding operating issues | 0.80 | $ 295.00 | $236.00 |
| Miquela Hiller | Business Analysis | 10/11/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Business Operations | 12/07/21 | No charge: Call with Michael Webb, Steven Karfaridas, and Well Done team regarding operations | 0.70 | $ - | $0.00 |
| Miquela Hiller | Business Analysis | 10/12/21 | Daily (weekend through Monday) cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Business Operations | 10/12/21 | Meeting and site visit at Bloomington and Normal locations; meet with K. Tovar and local management (Luke) | 1.30 | $ 295.00 | $383.50 |
| Miquela Hiller | Business Analysis | 10/13/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Matthew Brash | Plan and Disclosure Statement | 10/13/21 | Review of amended and updated plan; plan projections | 1.00 | $ 295.00 | $295.00 |
| Carin Sorvik | Plan and Disclosure Statement | 10/14/21 | Call with Michael Webb and B. Landstrom regarding cash flow projections for plan; related follow up | 0.70 | $ 275.00 | $192.50 |
| Matthew Brash | Case Administration | 10/14/21 | Call with potential note buyer; prepare introduction to LQD | 0.30 | $ 295.00 | $88.50 |
| Carin Sorvik | Business Operations | 10/14/21 | Call with Well Done team, Steven Karfaridas, and Michael Webb regarding operations and reporting; related follow up | 0.50 | $ 275.00 | $137.50 |
| Miquela Hiller | Business Analysis | 10/14/21 | Daily and weekly cash flow model update, update projections to latest cash collateral budget | 1.00 | $ 200.00 | $200.00 |
| Matthew Brash | Case Administration | 10/14/21 | Internal Thursday Call | 0.40 | $ 295.00 | $118.00 |
| Miquela Hiller | Case Administration | 10/14/21 | Monthly operating report for SepteMatt Brasher, categorize SepteMatt Brasher bank transactions; compile redacted bank statements, cash receipts and disbursements, October's receipt and disbursement projections | 3.30 | $ 200.00 | $660.00 |
| Miquela Hiller | Business Operations | 10/14/21 | Weekly check disbursements review | 0.20 | $ 200.00 | $40.00 |
| Douglas Leach | Business Operations | 11/02/21 | No charge: Regular call with Matt Brash, MH, CS, S Karfaridis, M Webb of Meatheads | 0.50 | $   - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 10/15/21 | Call with Matt Brash LQD regarding plan; related follow up | 0.30 | $ 275.00 | $82.50 |
| Carin Sorvik | Plan and Disclosure Statement | 10/15/21 | Call with Matt Brash Phil Groben regarding plan; related follow up | 3.20 | $ 275.00 | $880.00 |
| Matthew Brash | Business Analysis | 10/15/21 | Multiple calls and emails re: review of ERC funds received or pending and calls with Heartland payroll to review breakdown of funds to be received, possibly amend 941 3rd quarter to be eligible for additional funds | 1.10 | $ 295.00 | $324.50 |
| Miquela Hiller | Business Analysis | 10/15/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Plan and Disclosure Statement | 10/15/21 | Review of amended plan with Phil Groben; discuss budgets and projections with C. Sorvik, Michael Webb | 1.00 | $ 295.00 | $295.00 |
| Matthew Brash | Case Administration | 10/15/21 | Update call with LQD Business Finance | 0.30 | $ 295.00 | $88.50 |
| Carin Sorvik | Plan and Disclosure Statement | 10/17/21 | Continued preparation of plan projections; call with Matt Brash re: plan | 1.50 | $ 275.00 | $412.50 |
| Carin Sorvik | Plan and Disclosure Statement | 10/18/21 | Call with Phil Groben and Matt Brash regarding plan and projections; related follow up | 0.50 | $ 275.00 | $137.50 |
| Miquela Hiller | Business Analysis | 10/18/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Plan and Disclosure Statement | 10/18/21 | Final plan review; modifications and approval before filing | 1.70 | $ 295.00 | $501.50 |
| Matthew Brash | Business Operations | 10/19/21 | Weekly call with debtor and Well Done Hospitality Group; respond to emails and claims for Well Done Hospitality Group | 1.20 | $ 295.00 | $354.00 |
| Miquela Hiller | Business Analysis | 10/19/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Business Operations | 11/02/21 | No charge: Weekly call with debtor and Well Done Hospitality Group | 0.40 | $   - | $0.00 |
| Carin Sorvik | Case Administration | 10/20/21 | Analysis of WDHG success fees to date | 0.20 | $ 275.00 | $55.00 |
| Miquela Hiller | Business Analysis | 10/20/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Case Administration | 10/20/21 | Preparation of SepteMatt Brasher 2021 monthly operating reports; related follow up | 0.90 | $ 275.00 | $247.50 |
| Miquela Hiller | Case Administration | 10/20/21 | Research and provide data for monthly operating report | 0.20 | $ 200.00 | $40.00 |
| Matthew Brash | Business Operations | 10/20/21 | Review weekly checks for disbursement, finalize signatures, mail to vendors | 0.50 | $ 295.00 | $147.50 |
| Douglas Leach | Business Operations | 10/20/21 | Reviewed payroll for discrepancies and approved for payment | 0.70 | $ 250.00 | $175.00 |
| Miquela Hiller | Business Operations | 10/20/21 | Weekly check disbursements review | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Case Administration | 11/23/21 | No charge: Call with WDHG, Steve Karafidas, Michael Webb, Matt Brash and NAC team regarding operations and transition; follow up call with Matt Brash and Michael | 0.80 | $   - | $0.00 |
| Matthew Brash | Business Operations | 10/21/21 | Call with Carin Sorvik and Phil Groben re: Debtor's updates and operations | 0.50 | $ 295.00 | $147.50 |
| Miquela Hiller | Business Analysis | 10/21/21 | Daily and weekly cash flow model update, research cash balance discrepancy | 1.30 | $ 200.00 | $260.00 |
| Miquela Hiller | Case Administration | 10/21/21 | Research and provide data for monthly operating report | 0.30 | $ 200.00 | $60.00 |
| Douglas Leach | Business Operations | 10/21/21 | Review and approve checks for disbursement for the current week | 0.30 | $ 250.00 | $75.00 |
| Matthew Brash | Case Administration | 10/21/21 | Review and finalize monthly operating report | 0.50 | $ 295.00 | $147.50 |
| Matthew Brash | Business Analysis | 10/21/21 | Review of financials and individual store performances; how to drive sales and improve overall profitability | 1.30 | $ 295.00 | $383.50 |
| Miquela Hiller | Business Operations | 10/21/21 | Weekly check disbursements update | 0.10 | $ 200.00 | $20.00 |
| Matthew Brash | Business Operations | 11/26/21 | No charge: Weekly call with Well Done Hospitality Group and Debtor | 0.20 | $   - | $0.00 |
| Matthew Brash | Business Operations | 10/22/21 | Weekly call with  Crave team, Well Done, NAC team | 0.60 | $ 295.00 | $177.00 |
| Miquela Hiller | Business Analysis | 10/22/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Operations | 08/27/21 | No charge: Weekly call with debtor team, Well Done team, and NAC | 0.50 | $   - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 10/25/21 | Call with Matt Brash LQD regarding plan; related follow up | 0.50 | $ 275.00 | $137.50 |
| Matthew Brash | Case Administration | 10/25/21 | Attend hearing for fees and expenses | 0.60 | $ 295.00 | $177.00 |
| Miquela Hiller | Business Analysis | 10/25/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Operations | 09/02/21 | No charge: Operations call with debtor team, NAC team, and Well Done team | 0.40 | $   - | $0.00 |
| Matthew Brash | Business Operations | 10/26/21 | Weekly call with Well Done Hospitality Group and Debtor | 0.60 | $ 295.00 | $177.00 |
| Miquela Hiller | Business Analysis | 10/26/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 10/27/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Case Administration | 10/27/21 | Follow up with Matt Brash and DL regarding LQD inquiries | 0.30 | $ 275.00 | $82.50 |
| Carin Sorvik | Case Administration | 10/27/21 | Follow up with Matt Brash regarding Well Done success fee calculation | 2.10 | $ 275.00 | $577.50 |
| Miquela Hiller | Business Analysis | 10/28/21 | Daily and weekly cash flow model update | 1.00 | $ 200.00 | $200.00 |
| Carin Sorvik | Case Administration | 10/28/21 | Follow regarding Well Done success fee calculation | 2.50 | $ 275.00 | $687.50 |
| Miquela Hiller | Business Analysis | 10/28/21 | Research and run report of historical General Ledger entries per request by Douglas Leach | 0.70 | $ 200.00 | $140.00 |
| Miquela Hiller | Business Operations | 10/28/21 | Review of proposed check disbursements for coming week | 0.50 | $ 200.00 | $100.00 |
| Matthew Brash | Business Analysis | 10/28/21 | Review of weekly financials to budget; multiple calls with team re: WDHG bonus calculation; proposal and transition of services | 1.40 | $ 295.00 | $413.00 |
| Douglas Leach | Business Operations | 10/28/21 | Reviewed payments to vendors, submit approval to Matt Brash for final approval | 0.40 | $ 250.00 | $100.00 |
| Matthew Brash | Business Operations | 10/29/21 | Correspondence re: operations and labor; management review and transition review | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Business Analysis | 10/29/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Case Administration | 10/29/21 | Follow up with D. Harris at WDHG, Phil Groben, and Matthew Gensburg regarding Well Done success fee calculation | 0.30 | $ 275.00 | $82.50 |
| Matthew Brash | Case Administration | 11/01/21 | Calls and emails re: WDHG consulting agreement, transition items for LQD; plan discussions and other | 1.30 | $ 295.00 | $383.50 |
| Douglas Leach | Case Administration | 11/01/21 | Compile information and documents from Crave Brands and WDHG in order to reply to diligence questions posed by LQD | 1.30 | $ 250.00 | $325.00 |
| Miquela Hiller | Business Operations | 09/13/21 | No charge: Call with debtor team, Well Done team, and NAC team on weekly | 0.50 | $   - | $0.00 |
| Carin Sorvik | Business Operations | 11/02/21 | Call with WDHG, Steven Karfaridas, Matt Brash NAC team regarding operations | 0.50 | $ 275.00 | $137.50 |
| Matthew Brash | Plan and Disclosure Statement | 11/02/21 | Multiple calls and emails re: transition should plan be accepted; claims review | 1.30 | $ 295.00 | $383.50 |
| Miquela Hiller | Business Analysis | 11/02/21 | Daily update of cash flow model from bank data | 0.30 | $ 200.00 | $60.00 |

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

(1) Lumping reduced 10%.

| Miquela Hiller | Business Operations | 09/17/21 | No charge: Call with debtor team, Well Done team, and NAC team on weekly operations updates | 0.50 | $ - | $0.00 |
|---|---|---|---|---|---|---|
| Miquela Hiller | Business Operations | 09/23/21 | No charge: Weekly operations call with debtor team, Well done team, and NAC team | 0.40 | $ - | $0.00 |
| Matthew Brash | Business Analysis | 11/03/21 | Daily cash review and approvals | 0.30 | $ 295.00 | $88.50 |
| Miquela Hiller | Business Operations | 11/03/21 | Daily update of cash flow model from bank data | 0.30 | $ 200.00 | $60.00 |
| Douglas Leach | Business Operations | 11/03/21 | Reviewed payroll and recommended payment | 0.40 | $ 250.00 | $100.00 |
| Miquela Hiller | Business Operations | 10/05/21 | No charge: Call with debtor's team, Well Done team, NAC team regarding operations | 0.70 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 11/04/21 | Call with Matt Brash, Matthew Gensburg, and Phil Groben re: plan; related follow up | 0.50 | $ 275.00 | $137.50 |
| Matthew Brash | Business Operations | 11/04/21 | Call with Well Done Hospitality Group and debtor re: marketing initiatives, health insurance, GMs and Frankfort visit; issue with social media post by employee | 0.80 | $ 295.00 | $236.00 |
| Matthew Brash | Business Operations | 11/04/21 | Weekly call with Debtor | 0.80 | $ 295.00 | $236.00 |
| Miquela Hiller | Business Analysis | 11/04/21 | Daily and weekly update of cash flow model from bank data | 0.60 | $ 200.00 | $120.00 |
| Miquela Hiller | Business Operations | 11/04/21 | Review of weekly check disbursements | 0.30 | $ 200.00 | $60.00 |
| Douglas Leach | Business Operations | 11/04/21 | Reviewed invoices requested to be paid against the cash collateral budget and approved for payment | 0.40 | $ 250.00 | $100.00 |
| Matthew Brash | Plan and Disclosure Statement | 11/05/21 | Call with debtor's counsel, LQD Business Finance, LQD's counsel and trustee's counsel re: plan approval, WDHG consulting agreement | 0.70 | $ 295.00 | $206.50 |
| Miquela Hiller | Business Analysis | 11/05/21 | Daily and weekly update of cash flow model from bank data | 0.50 | $ 200.00 | $100.00 |
| Carin Sorvik | Plan and Disclosure Statement | 11/05/21 | Follow up with Michael Webb and Matt Brash regarding projections per Plan, including professional fees | 1.50 | $ 275.00 | $412.50 |
| Matthew Brash | Business Analysis | 11/05/21 | Site visit to Frankfort, meeting with Devin (Manager); Oak Lawn site visit and observation | 1.00 | $ 295.00 | $295.00 |
| Matthew Brash | Travel Time | 11/05/21 | Travel to/from Oak Lawn and Frankfort locations | 3.20 | $ 147.50 | $472.00 |
| Carin Sorvik | Case Administration | 12/13/21 | No charge: Call with counsel, Bob Handler, William Factor, E. Weisheit, Michael | 1.00 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 12/13/21 | No charge: Call with Bob Handler and team, Well Done, Steven Karfaridas, and Michael Webb regarding transition post-plan confirmation | 1.00 | $ - | $0.00 |
| Miquela Hiller | Business Operations | 10/14/21 | No charge: Weekly operations call with Well Done, Crave team, and NAC team | 0.30 | $ - | $0.00 |
| Matthew Brash | Business Operations | 11/09/21 | Multiple calls with debtor and Well Done Hospitality Group re: weekly updates and review of sales nuMatt Brashers, health insurance, labor and termination of employee | 1.20 | $ 295.00 | $354.00 |
| Matthew Brash | Business Operations | 11/09/21 | Weekly calls with Trustee team and Well Done Hospitality Group re: labor, sales, amendment to professionals contracts and transition of engagement | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Plan and Disclosure Statement | 11/09/21 | Analysis of cash flow model extension and Plan cash flow projections | 1.00 | $ 200.00 | $200.00 |
| Miquela Hiller | Business Analysis | 11/09/21 | Daily cash flow model update through weekend | 0.50 | $ 200.00 | $100.00 |
| Matthew Brash | Business Analysis | 11/09/21 | Site visit at Frankfort, Naperville, Willowbrook locations | 2.40 | $ 295.00 | $708.00 |
| Miquela Hiller | Business Analysis | 11/10/21 | Prior day cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Case Administration | 11/10/21 | Review cash collateral budget; docket review | 1.70 | $ 295.00 | $501.50 |
| Matthew Brash | Business Operations | 11/11/21 | Issue repayment for General Manager at Oak Lawn location; bank unable to accept payroll direct deposit; phone call with Chase to set up one time payment, security fraud set-up and confirmation | 0.70 | $ 295.00 | $206.50 |
| Miquela Hiller | Business Analysis | 11/11/21 | Prior day and week cash flow model update | 0.60 | $ 200.00 | $120.00 |
| Miquela Hiller | Business Analysis | 11/12/21 | Prior day cash flow model update, no bank data due to Veterans' day | 0.10 | $ 200.00 | $20.00 |
| Matthew Brash | Business Analysis | 11/12/21 | Review correspondence and pull documents related to Normal, Illinois rent payments; respond to counsel re: inquiry from Normal landlord/counsel | 0.50 | $ 295.00 | $147.50 |
| Douglas Leach | Business Operations | 11/12/21 | Reviewed weekly accounts payable disbursements, research and report on next store leases expiration | 0.70 | $ 250.00 | $175.00 |
| Miquela Hiller | Business Analysis | 11/12/21 | Upcoming week check disbursements review to cash collateral projections | 0.40 | $ 200.00 | $80.00 |
| Miquela Hiller | Business Analysis | 11/15/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Case Administration | 11/15/21 | Download and prepare monthly operating report with back up documents and data | 1.50 | $ 200.00 | $300.00 |
| Miquela Hiller | Business Operations | 10/19/21 | No charge: Weekly operations call with Crave team, Well Done, and NAC team | 0.50 | $ - | $0.00 |
| Carin Sorvik | Plan and Disclosure Statement | 11/16/21 | Call with Matt Brash and DL regarding plan and other outstanding items | 0.20 | $ 275.00 | $55.00 |
| Matthew Brash | Case Administration | 11/16/21 | Multiple calls re: ballot files; cash flow analysis; requests from LQD; weekly call with debtor and WDHG; agreements for post-confirmation consulting operations work | 1.40 | $ 295.00 | $413.00 |
| Miquela Hiller | Case Administration | 11/16/21 | Continue to download and prepare monthly operating report with back up documents and data | 1.50 | $ 200.00 | $300.00 |
| Miquela Hiller | Business Analysis | 11/16/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Travel Time | 11/16/21 | Travel to and from Roscoe Village location; drive by review check | 1.40 | $ 147.50 | $206.50 |
| Matthew Brash | Plan and Disclosure Statement | 11/17/21 | Call re: plan confirmation, proffer, order for confirmation; LQD counsel, debtor counsel and trustee counsel | 0.60 | $ 295.00 | $177.00 |
| Miquela Hiller | Case Administration | 11/17/21 | Continue to download and prepare monthly operating report with back up documents and data | 1.00 | $ 200.00 | $200.00 |
| Miquela Hiller | Business Analysis | 11/17/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Business Operations | 11/17/21 | Meeting with K. Tovar and Niedra (GM) re: operations | 0.80 | $ 295.00 | $236.00 |
| Matthew Brash | Travel Time | 11/17/21 | Travel to and from Willowbrook location for meeting | 1.40 | $ 147.50 | $206.50 |
| Matthew Brash | Plan and Disclosure Statement | 11/18/21 | Multiple calls and emails re: consensual plan | 0.90 | $ 295.00 | $265.50 |
| Matthew Brash | Business Operations | 11/18/21 | Weekly call with debtor and Well Done Hospitality Group re: operations | 0.30 | $ 295.00 | $88.50 |
| Miquela Hiller | Business Analysis | 11/18/21 | Daily and weekly cash flow model update | 0.80 | $ 200.00 | $160.00 |
| Miquela Hiller | Business Analysis | 11/18/21 | Weekly check disbursements review based on banking accounts and cash collateral budget | 0.50 | $ 200.00 | $100.00 |
| Matthew Brash | Plan and Disclosure Statement | 11/19/21 | Call with LQD re: plan approval and transition; and WDHG re: plan | 0.70 | $ 295.00 | $206.50 |
| Miquela Hiller | Business Analysis | 11/19/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Business Operations | 11/19/21 | Daily review of financials and operations data | 0.30 | $ 295.00 | $88.50 |
| Carin Sorvik | Case Administration | 11/19/21 | Preparation of October monthly operating reports for Meatheads Restaurants and Crave | 1.90 | $ 275.00 | $522.50 |
| Matthew Brash | Travel Time | 11/19/21 | Travel to and from Lake Bluff and Northbrook locations | 1.40 | $ 147.50 | $206.50 |
| Matthew Brash | Business Analysis | 11/19/21 | Visit to Lake Bluff, Northbrook locations | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Business Analysis | 11/19/21 | Weekly check run review based on banking accounts, proposed check run, and cash collateral budget | 0.30 | $ 200.00 | $60.00 |
| Douglas Leach | Case Administration | 11/20/21 | Discussed additional due diligence requests for equipment and IT support required by LQD | 0.30 | $ 250.00 | $75.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Douglas Leach | Case Administration | 11/20/21 | Organize and transfer data received for due diligence into Dropbox | 0.20 | $ 250.00 | $50.00 |
| Matthew Brash | Case Administration | 11/22/21 | Call with LQD, cash flow and bank review, checklist of items | 0.50 | $ 295.00 | $147.50 |
| Carin Sorvik | Case Administration | 11/22/21 | Call with Matt Brash and Michael Webb regarding cash flow projections | 1.20 | $ 275.00 | $330.00 |
| Carin Sorvik | Case Administration | 11/22/21 | Continued preparation of October monthly operating reports for Meatheads Restaurants and Crave; related follow up | 0.50 | $ 275.00 | $137.50 |
| Miquela Hiller | Business Analysis | 11/22/21 | Daily update of cash flow model with bank data | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Plan and Disclosure Statement | 11/22/21 | Prepare and review Debtor's plan for confirmation hearing and possible proffer; attend hearing on confirmation and other related case matters | 1.00 | $ 295.00 | $295.00 |
| Matthew Brash | Case Administration | 08/21/21 | No Charge: Call with Steve Karfaridas | 0.50 | $  - | $0.00 |
| Matthew Brash | Case Administration | 11/23/21 | Weekly call with debtor and WDHG; call with creditors re: timing of payments and update of plan hearing | 1.00 | $ 295.00 | $295.00 |
| Carin Sorvik | Plan and Disclosure Statement | 11/23/21 | Analysis of pleadings regarding real estate and plan payments; update projections and related follow up | 0.90 | $ 275.00 | $247.50 |
| Miquela Hiller | Business Analysis | 11/23/21 | Daily update of cash flow model with bank data | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Business Analysis | 11/23/21 | Site visits to Willowbrook, Frankfort locations | 1.90 | $ 295.00 | $560.50 |
| Miquela Hiller | Business Operations | 10/22/21 | No charge: Weekly operations call with Crave team, Well Done, NAC team | 0.60 | $  - | $0.00 |
| Matthew Brash | Business Analysis | 11/24/21 | Multiple calls and emails re: cash flow, sales status of stores, holiday review, LQD call, check list for transition | 1.30 | $ 295.00 | $383.50 |
| Miquela Hiller | Business Analysis | 11/24/21 | Daily and weekly update to cash flow model | 0.80 | $ 200.00 | $160.00 |
| Miquela Hiller | Business Analysis | 11/24/21 | Daily update to cash flow model | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 11/24/21 | Weekly check disbursements review with proposed payables compared to cash collateral budget and bank balance | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Operations | 11/02/21 | No charge: Call re: operations with Well Done, Crave, and NAC teams | 0.50 | $  - | $0.00 |
| Carin Sorvik | Business Operations | 11/26/21 | Call with Well Done team, Steven Karfaridas, Michael Webb, and NAC team regarding operations and transition; related follow up | 0.70 | $ 275.00 | $192.50 |
| Matthew Brash | Business Analysis | 11/26/21 | Daily cash flow review; payables approval and bank updates | 0.50 | $ 295.00 | $147.50 |
| Matthew Brash | Business Analysis | 11/26/21 | Site visits to Barrington, Northbrook & Lake Bluff | 0.50 | $ 295.00 | $147.50 |
| Matthew Brash | Travel Time | 11/26/21 | Travel to and from Barrington, Northbrook, Lake Bluff locations | 2.00 | $ 147.50 | $295.00 |
| Carin Sorvik | Case Administration | 11/29/21 | Call with LQD (Will and Eric) and NAC team regarding transition | 0.50 | $ 275.00 | $137.50 |
| Carin Sorvik | Business Analysis | 11/29/21 | Call with Michael Webb regarding updated cash flow projections | 0.60 | $ 275.00 | $165.00 |
| Douglas Leach | Case Administration | 11/29/21 | Transition meeting between DL, CS, Matt Brash and LQD to discuss items to be completed prior to turnover | 0.70 | $ 250.00 | $175.00 |
| Douglas Leach | Business Analysis | 11/29/21 | Update daily cash flow with actuals from over the weekend | 1.20 | $ 250.00 | $300.00 |
| Douglas Leach | Business Analysis | 11/30/21 | Update daily cash flow with actuals results from Monday 11/29 | 0.80 | $ 250.00 | $200.00 |
| Carin Sorvik | Business Analysis | 12/01/21 | Call with Michael Webb regarding updated cash flow projections | 1.30 | $ 275.00 | $357.50 |
| Douglas Leach | Business Analysis | 12/01/21 | Downloaded income from each store and entered into the daily cash flow report, downloaded cleared checks from the bank and added to the cash flow report for review together with the cash collateral report | 0.70 | $ 250.00 | $175.00 |
| Matthew Brash | Case Administration | 12/02/21 | Weekly call with LQD re: transition items plus effective date | 0.50 | $ 295.00 | $147.50 |
| Carin Sorvik | Business Analysis | 12/02/21 | Continued analysis of cash flow projections per discussion with Michael Webb and B. Landstrom; related follow up | 0.30 | $ 275.00 | $82.50 |
| Matthew Brash | Business Operations | 12/02/21 | Review and sign rent checks for DeceMatt Brasher 2021; scan and mail; review of daily bank shots; update of cash flow model and support of cash for week ending 12/3/21; calls with creditors and possible interested parties re: sale of business (direct to LQD) | 1.20 | $ 295.00 | $354.00 |
| Douglas Leach | Business Analysis | 12/02/21 | Updated daily cash flow with actual sales and payments; approved checks for disbursement for the week and completed cash position report | 1.10 | $ 250.00 | $275.00 |
| Matthew Brash | Case Administration | 12/03/21 | Multiple calls re: sale (or note sale) of Crave-Meatheads; call with counsel re: filing final application for compensation and review of effective date steps and actions | 0.90 | $ 295.00 | $265.50 |
| Matthew Brash | Business Operations | 12/03/21 | Prepare daily screen shots and approve wires/checks and distribution of monthly consulting fees | 0.20 | $ 295.00 | $59.00 |
| Matthew Brash | Business Analysis | 12/03/21 | Review of cash flow model and daily cash requirements up to and including effective date with C. Sorvik and team | 0.80 | $ 295.00 | $236.00 |
| Douglas Leach | Case Administration | 12/03/21 | Reviewed outstanding due diligence issues from LQD and updated with answers from M Webb and added to Dropbox | 0.80 | $ 250.00 | $200.00 |
| Matthew Brash | Business Analysis | 12/04/21 | Review of models; update for LQD; ERC and PPP review | 0.50 | $ 295.00 | $147.50 |
| Carin Sorvik | Case Administration | 12/06/21 | Call with Matt Brash and LQD regarding transition; related follow up | 0.50 | $ 275.00 | $137.50 |
| Miquela Hiller | Business Analysis | 12/06/21 | Prior week cash flow model update and review | 1.50 | $ 200.00 | $300.00 |
| Miquela Hiller | Business Operations | 11/23/21 | No charge: Operations call with debtor, Well Done, and NAC teams | 0.80 | $  - | $0.00 |
| Miquela Hiller | Business Operations | 12/06/21 | No charge: Weekly operations call with LQD, debtor, and NAC teams | 0.40 | $  - | $0.00 |
| Miquela Hiller | Business Operations | 12/07/21 | No charge: Weekly operations call with management and NAC teams | 0.70 | $  - | $0.00 |
| Matthew Brash | Business Operations | 12/07/21 | Weekly call with Well Done Hospitality Group and debtor | 0.70 | $ 295.00 | $206.50 |
| Miquela Hiller | Business Analysis | 12/07/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Carin Sorvik | Case Administration | 12/07/21 | Review updated cash flow projections; related follow up | 0.70 | $ 275.00 | $192.50 |
| Matthew Brash | Plan and Disclosure Statement | 09/17/21 | No charge: Update call with Michael Webb and S. Karfaridis re: status of plan, ERC | 0.60 | $  - | $0.00 |
| Matthew Brash | Case Administration | 12/08/21 | Multiple calls and emails re: transition and effective date checklist items; daily snap shot; discussions with WDHG re: retention and status of stores | 0.80 | $ 295.00 | $236.00 |
| Miquela Hiller | Business Analysis | 12/08/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Case Administration | 12/09/21 | Continue calls with Bob Handler (new manager) and WDHG; financial review; cash flow update and modeling; balance sheet review and discussions with Michael Webb re: transition | 1.30 | $ 295.00 | $383.50 |
| Miquela Hiller | Business Analysis | 12/09/21 | Daily and weekly cash flow model update | 0.80 | $ 200.00 | $160.00 |
| Miquela Hiller | Business Analysis | 12/09/21 | Download and analyze monthly bank statement transactions for 3 accounts for prior 2 years | 1.00 | $ 200.00 | $200.00 |
| Matthew Brash | Plan and Disclosure Statement | 12/10/21 | Call with LQD re: effective date transition | 0.50 | $ 295.00 | $147.50 |
| Matthew Brash | Case Administration | 12/10/21 | Call with Robert Handler re: transition of bank accounts and other business introductions and details | 0.70 | $ 295.00 | $206.50 |
| Matthew Brash | Case Administration | 12/10/21 | Calls with WDHG, Bob Handler and staff re: checklist of transition tasks | 0.90 | $ 295.00 | $265.50 |
| Miquela Hiller | Business Analysis | 12/10/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Case Administration | 12/10/21 | Download and redact bank statements, organize and categorize bank transactions for NoveMatt Brasher monthly operating report | 1.60 | $ 200.00 | $320.00 |

(1) Lumping reduced 10%.

| Name | Category | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Matthew Brash | Business Operations | 12/10/21 | Prepare letters and correspondence to payroll company, Fifth Third, Chase, ERC and PPP discussions | 0.80 | $ 295.00 | $236.00 |
| Matthew Brash | Plan and Disclosure Statement | 10/01/21 | No charge: Update call with Trustee's counsel re: plan, lease ending for Chicago office, settlement agreement | 0.40 | $ - | $0.00 |
| Miquela Hiller | Case Administration | 08/19/21 | No charge: Weekly call with debtor principals, Well Done team, and NAC team | 0.20 | $ - | $0.00 |
| Miquela Hiller | Case Administration | 12/13/21 | No charge: Call with LQD, NAC, Well Done, and debtor teams on transition to LQD/Well Done | 0.70 | $ - | $0.00 |
| Matthew Brash | Case Administration | 12/13/21 | Multiple calls and emails re: transition of TIP to LQD; calls with LQD, debtor, counsel and manager for newly formed reorganized debtor - Bob Handler; calls and emails with Chase Bank and Fifth Third Bank re: change-out of signature cards; introduction to Heartland Payroll, Alpha Bakery, insurance broker, etc. | 3.90 | $295.00 | $1,150.50 |
| Miquela Hiller | Business Analysis | 12/13/21 | Daily cash flow model update | 0.30 | $ 200.00 | $60.00 |
| Miquela Hiller | Business Analysis | 12/13/21 | Download of bank statements and transactions DeceMatt Brasher 2021 month to date | 0.20 | $ 200.00 | $40.00 |
| Miquela Hiller | Case Administration | 12/14/21 | No charge: Call with LQD, NAC, Well Done, and debtor teams on transition of responsibilities to LQD/Well Done | 0.80 | $ - | $0.00 |
| Matthew Brash | Case Administration | 12/14/21 | Multiple calls and emails re: transition; calls with Fifth Third and Chase Bank re: access to bank accounts and turnover to Bob Handler. Call with Bob Handler re: transition check list; calls with counsel re: effective date payments and update cash flow model | 1.20 | $ 295.00 | $354.00 |
| Matthew Brash | Case Administration | 12/14/21 | Weekly debtor call; this call focused on transition and effective date - LQD, debtor, WDHG and Bob Handler and team | 1.00 | $ 295.00 | $295.00 |
| Miquela Hiller | Case Administration | 12/14/21 | Compile and redact daily bank reports, analyze and categorize bank transactions for 12/01-12/14 monthly operating report | 2.20 | $ 200.00 | $440.00 |
| Carin Sorvik | Case Administration | 12/14/21 | Continued preparation of NoveMatt Brasher 2021 monthly operating report; related follow up | 1.40 | $ 275.00 | $385.00 |
| Carin Sorvik | Case Administration | 12/14/21 | Preparation of monthly operating reports for 12/1/21-12/14/21; related follow up | 1.10 | $ 275.00 | $302.50 |
| Carin Sorvik | Case Administration | 12/14/21 | Preparation of second and final fee application | 2.30 | $ 275.00 | $632.50 |
| Matthew Brash | Case Administration | 12/14/21 | Prepare and finalize transition list for Handler and LQD; answer questions from WDHG and Handler re: insurance, cash flow and payroll | 1.20 | $ 295.00 | $354.00 |
| Matthew Brash | Business Operations | 12/14/21 | Prepare effective date wires and send out | 0.80 | $ 295.00 | $236.00 |
| Matthew Brash | Case Administration | 12/14/21 | Prepare for transition call with WDHG, LQD and Bob Handler | 0.50 | $ 295.00 | $147.50 |
| Miquela Hiller | Case Administration | 12/14/21 | Review of monthly operating report documents, generate DeceMatt Brasher receipts and disbursement projections | 0.30 | $ 200.00 | $60.00 |
| Matthew Brash | Case Administration | 12/14/21 | Take calls re: transition activities | 0.50 | $ 295.00 | $147.50 |

(1) Lumping reduced 10%.