UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No 21bk04729 |
| CRAVE BRANDS, LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ). | Honorable Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO GENSBURG CALANDRIELLO & KANTER, P.C., ATTORNEYS FOR
SUBCHAPTER V TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 57,107.00 | TOTAL COSTS REQUESTED: | $ 325.98 |
| TOTAL FEES REDUCED: | $ 1,287.20 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 55,819.80 | TOTAL COSTS ALLOWED: | $ 325.98 |

TOTAL FEES AND COSTS ALLOWED: $ 56,145.78

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 1,287.20

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

Dated:  January 28, 2022

_____
Timothy A. Barnes
United States Bankruptcy Judge

**(1) Lumping reduced 10%**

| Date | User | Hours | Rate ($) | Slip Value | Task Category | Description |
|------|------|-------|----------|-----------|---------------|-------------|
| 10/28/2021 | EPG | 2.80 | $335.00 | $938.00 | 803 | Received e-mail from Carin Sovrik regarding Well Done performance fee calculation; conference call with Carin Sovrik and Matthew Gensburg regarding same; phone conference with Brian Welch to discuss bonus. |
| 10/28/2021 | MTG | 0.70 | $450.00 | $315.00 | 803 | Participate in a telephone conference with Carin Sorvik and Phil Groben and a telephone call with William Factor regarding Well Done Hospitality's request for a success fee and disagreements as to how it is |
| 10/28/2021 | MTG | 0.10 | $450.00 | $45.00 | 803 | Review e-mails regarding additional fees requested by Well Done related to perceived changes in the scope of their engagement from Matthew Brash, Saad Abid. |
| 10/29/2021 | MTG | 0.30 | $450.00 | $135.00 | 803 | Review e-mails regarding the disagreement on how to calculate Well Done Hospitality's success fee from Carin Sorvik (x5) and Phil Groben (x4), Matthew Brash, Saad Abid. |
| 11/8/2021 | MTG | 0.50 | $450.00 | $225.00 | 803 | Review and respond to e-mails regarding proposed edits to the terms of engagement for Well Done Hospitality from Will Mandersheid, Matthew Brash (x3), Saad Abid (x3), William Factor (x2) and David Welch. |
| 11/8/2021 | EPG | 0.20 | $335.00 | $67.00 | 803 | Monitored emailed between Well Done and LQD regarding expansion of WDHG role in operations. |
| 11/9/2021 | MTG | 0.60 | $450.00 | $270.00 | 803 | Participate in a telephone call with William Factor concerning modifications requested by Well Done Hospitality Group to the employment agreement; find original draft of the Well Done Hospitality Group |
| 11/10/2021 | MTG | 0.20 | $450.00 | $90.00 | 803 | Participate in a telephone call with Matthew Brash regarding the Well Done Hospitality contract. |
| 11/11/2021 | MTG | 0.10 | $450.00 | $45.00 | 803 | Review e-mails coordinating a conference call involving amendments to the engagement of Well Done Hospitality Group from Brian Welch. |
| 11/12/2021 | MTG | 0.40 | $450.00 | $180.00 | 803 | Participate in a conference call with David Welch, Brian Welch and William Factor regarding modifications to Well Done Hospitality Group's engagement agreement. |
| 11/12/2021 | MTG | 0.20 | $450.00 | $90.00 | 803 | Review e-mails to coordinate a call to discuss requested modifications to Well Done Hospitality Group's engagement agreement from David Welch (x4), William Factor (x4), Brian Welch (x4), Matthew Brash (x2) |
| 11/12/2021 | MTG | 0.20 | $450.00 | $90.00 | 803 | Work on modifying the Well Done Hospitality Group contract. |

**(1) Lumping reduced 10%**

| Date | User | Hours | Rate ($) | Slip Value | Task Category | Description |
|------|------|-------|----------|-----------|---------------|-------------|
| 11/13/2021 | MTG | 3.50 | $450.00 | $1,575.00 | 803 | Draft Amendment to Restaurant Consulting Agreement. |
| 11/15/2021 | MTG | 2.70 | $450.00 | $1,215.00 | 803 | Draft and revise the Motion to Enter Into Amendment to Restaurant Consulting Agreement With Well Done Hospitality Group, LLC Pursuant to Section 363(b) of the Bankruptcy Code. |
| 11/15/2021 | MTG | 0.50 | $450.00 | $225.00 | 803 | Review and respond to e-mails regarding the Amendment to Restaurant Consulting Agreement from Matthew Brash (x2), Brian Welch (x3) and William Factor. |
| 11/15/2021 | MTG | 0.40 | $450.00 | $180.00 | 803 | Review and revise the draft Order granting Motion to Enter Into Amendment to Restaurant Consulting Agreement With Well Done Hospitality Group, LLC Pursuant to Section 363(b) of the Bankruptcy Code. |
| 11/15/2021 | EPG | 0.40 | $335.00 | $134.00 | 803 | Review of email exchanges regarding amendments to Well Done agreement and amendments to Well Done agreement; created notice of motion and proposed order for motion to approve amended Well Done |
| 11/15/2021 | EPG | 0.40 | $335.00 | $134.00 | 803 | Filed motion to amend Well Done Consulting Agreement; e-mail to Matthew Gensburg confirming motion filed. |
| 11/15/2021 | MTG | 0.20 | $450.00 | $90.00 | 803 | Participate in a telephone call with William Factor concerning the Motion to Enter Into Amendment to |
| 11/15/2021 | MTG | 0.20 | $450.00 | $90.00 | 803 | Edit the Amendment to Restaurant Consulting Agreement. |
| 11/16/2021 | MTG | 0.50 | $450.00 | $225.00 | 803 | Review and respond to e-mails regarding the motion to enter into Amendment to Restaurant Consulting |
| 11/16/2021 | MTG | 0.50 | $450.00 | $225.00 | 803 | Call Matthew Brash and William Factor concerning Well Done. |
| 11/16/2021 | MTG | 0.10 | $450.00 | $45.00 | 803 | Participate in a telephone call with Brian Welch regarding going back to the original term of the Restaurant |
| 11/16/2021 | EPG | 0.10 | $335.00 | $33.50 | 803 | Monitored emails regarding resolution of amendment to WDHG employment. |
| 11/17/2021 | MTG | 0.20 | $450.00 | $90.00 | 803 | Participate in a telephone call with William Factor regarding the working relationship between Matthew Brash and the folks at Well Done Hospitality Group. |
| 11/18/2021 | MTG | 0.30 | $450.00 | $135.00 | 803 | Edit the Amendment to Restaurant Consulting Agreement and discuss the same with Brian Welch. |
| 11/19/2021 | MTG | 0.30 | $450.00 | $135.00 | 803 | E-mail parties in interest concerning new edits to the Amendment to Restaurant Consulting Agreement which LQD Financial Corp. wants to insert; review and respond to responses to the same and a proposed |
| 11/19/2021 | MTG | 0.10 | $450.00 | $45.00 | 803 | Participate in a telephone call with William Factor regarding changes he wants made to the Amendment to |
| 11/20/2021 | MTG | 0.30 | $450.00 | $135.00 | 803 | E-mail Phil Groben regarding edits to the Motion to Amend the Restaurant Consulting Agreement. |
| 11/21/2021 | EPG | 0.10 | $335.00 | $33.50 | 803 | Filed modification to amendment to WDHG consulting agreement. |
| 11/23/2021 | MTG | 0.10 | $450.00 | $45.00 | 803 | Review and respond to e-mails regarding the new order authorizing the Debtors to enter into the Amendment to Restaurant Consulting Agreement from Brian Welch, Phil Groben; participate in a telephone |
| 12/6/2021 | MTG | 0.10 | $450.00 | $45.00 | 803 | Review e-mails regarding the change of control clause in Well Done Hospitality Group's Restaurant |
| 12/7/2021 | MTG | 0.30 | $450.00 | $135.00 | 803 | Forward e-mail regarding the termination date for Well Done Hospitality Group's engagement to William Factor; review and respond to e-mails regarding the same from Matthew Brash. |
| 12/8/2021 | MTG | 0.10 | $450.00 | $45.00 | 803 | Review e-mails coordinating a call with Matthew Brash to discuss Well Done Hospitality Group's proposed |
| 10/1/2021 | MTG | 0.50 | $450.00 | $225.00 | 804 | Participate in a conference call with Matthew Brash, Carin Sorvik and Phil Groben regarding various open tasks and issues. |
| 10/1/2021 | EPG | 0.20 | $335.00 | $67.00 | 804 | Email correspondence with Jeff Paulslon, Bill Factor, and Ariane Holtschlag regarding proposed cash |
| 10/4/2021 | EPG | 0.40 | $335.00 | $134.00 | 804 | Email correspondence with B. Factor regarding 9th Interim order. Prepared and filed proposed 9th Interim |
| 10/4/2021 | MTG | 0.10 | $450.00 | $45.00 | 804 | Review e-mails regarding the cash collateral budget from Carin Sorvik (x2), Phil Groben (x5), Matthew Brash and William Factor (x3). |
| 10/5/2021 | MTG | 0.40 | $450.00 | $180.00 | 804 | Review and respond to e-mails regarding the gas leak at the Roscoe Village restaurant and Steve Karfaridis' decision to negotiate the Non-Compete Agreement himself; participate in a telephone call with David |
| 10/8/2021 | MTG | 0.40 | $450.00 | $180.00 | 804 | Review Plan Projections and Cash Flow Model forwarded by Matthew Brash. |
| 10/14/2021 | MTG | 0.20 | $450.00 | $90.00 | 804 | Review and respond to e-mails regarding the new ERC payment received by the Debtors from Michael Webb (x2), Matthew Brash (x2) and David Warfield. |
| 10/17/2021 | MTG | 0.10 | $450.00 | $45.00 | 804 | Review e-mails regarding updated cash flow projections from Carin Sorvik. |

| Date | User | Hours | Rate ($) | Slip Value | Task Category | Description |
|---|---|---|---|---|---|---|
| 10/21/2021 | EPG | 0.70 | $335.00 | $234.50 | 804 | Conference call with Matthew Brash and Cairn Sovrik to discuss open issues. |
| 11/3/2021 | MTG | 0.10 | $450.00 | $45.00 | 804 | Review e-mails regarding getting a update on the Debtors' operations from Matthew Brash (x2) and Phil Groben (x2). |
| 11/4/2021 | MTG | 0.60 | $450.00 | $270.00 | 804 | Participate in a telephone conference with Matthew Brash, Carin Sorvik and Phil Groben regarding various |
| 11/4/2021 | EPG | 0.60 | $0.00 | $0.00 | 804 | Phone call with Matthew Gensburg, Matthew Brash, and Carin Sovrik to discuss recent developments with |
| 11/10/2021 | MTG | 0.10 | $450.00 | $45.00 | 804 | Review e-mails related to the United Healthcare Employer Application for Small Business from Said Abid and Matthew Brash. |
| 11/29/2021 | MTG | 0.70 | $450.00 | $315.00 | 804 | Review and respond to e-mails regarding the docketing of the confirmation order; research caselaw regarding the same. |
| 12/8/2021 | MTG | 0.60 | $450.00 | $270.00 | 804 | Participate in telephone calls with Matthew Brash (x2) and William Factor regarding transitioning to the new |
| 12/14/2021 | MTG | 0.10 | $450.00 | $45.00 | 804 | Participate in a telephone call with Matthew Brash to discuss transition issues. |
| 10/20/2021 | EPG | 0.70 | $335.00 | $234.50 | 805 | Received e-mail from Matt Brash regarding claim treatment; review of case docket and plan provisions and |
| 10/21/2021 | EPG | 1.50 | $335.00 | $502.50 | 805 | Continued drafting response to Trustee question regarding claim treatment. |
| 10/21/2021 | MTG | 0.20 | $450.00 | $90.00 | 805 | Review e-mails regarding Well Done Hospitality's late filed proof of claim from Matthew Brash (x2) and Phil Groben. |
| 10/25/2021 | MTG | 0.10 | $450.00 | $45.00 | 805 | Review and docket Motion of LQD Financial Corp. for an Extension of the §1111(b) Election Deadline. |
| 10/27/2021 | MTG | 0.10 | $450.00 | $45.00 | 805 | Participate in a telephone call with William Factor regarding the need to object to Well Done Hospitality's late filed proof of claim. |
| 11/3/2021 | MTG | 0.20 | $450.00 | $90.00 | 805 | Participate in a telephone conference with Jasmine Reed regarding whether the Debtors have any |
| 11/3/2021 | MTG | 0.20 | $450.00 | $90.00 | 805 | Review Motion of LQD Financial Corp. for an Extension of Time to Make the Section 1111(b) Election. |
| 11/4/2021 | MTG | 0.20 | $450.00 | $90.00 | 805 | Review e-mails regarding the proof of claim filed by 1846 West Superior from Matthew Brash (x2). |
| 11/4/2021 | MTG | 0.10 | $450.00 | $45.00 | 805 | Participate in a telephone call with Jasmine Reed regarding the claim of 1846 West Superior. |
| 11/8/2021 | MTG | 0.10 | $450.00 | $45.00 | 805 | Review and respond to e-mails regarding LQD Financial's motion to extend its Section 1111(b) election date from Gretchen Silver (x3) and William Factor. |
| 11/16/2021 | MTG | 0.10 | $450.00 | $45.00 | 805 | Review on the status of the status of the PPP loan forgiveness and the ERP funds from David Warfield, Matthew Brash (x2) and William Factor (x2). |
| 10/1/2021 | MTG | 0.60 | $450.00 | $270.00 | 812 | Review the draft Settlement, Non-Compete and Non-Solicitation Agreement prepared by William Factor(x2). |
| 10/1/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Participate in a telephone call with William Factor regarding the status of the plan and new edits that he |
| 10/1/2021 | EPG | 0.50 | $0.00 | $0.00 | 812 | Phone call with Matthew Gensburg, Matt Brash, and Carin Sovrik to discuss cash collateral, plan status, and change of location for back-office operations. |
| 10/1/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Participate in a telephone call with William Factor regarding modifying the treatment of General Unsecured Creditors and modifying the Exculpation Clause. |
| 10/1/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Participate in a telephone call with David Warfield regarding the status of the plan and new concerns of LQD |
| 10/2/2021 | MTG | 3.00 | $450.00 | $1,350.00 | 812 | Revise the Plan of Reorganization to capture edits requested by both David Warfield and William Factor and forward to all parties participating in the drafting. |
| 10/4/2021 | MTG | 0.90 | $450.00 | $405.00 | 812 | Review research regarding the issue of impairment of creditors paid in full post-Effective Date and provide William Factor with some case cites |
| 10/4/2021 | MTG | 0.80 | $450.00 | $360.00 | 812 | Participate in a telephone call with David Warfield (x2 with one call a voice-mail message), Gus Sparagis (x2), Matthew Brash and William Factor regarding various open issues including (i) LQD Financial's application of |
| 10/4/2021 | MTG | 0.60 | $450.00 | $270.00 | 812 | Review new redlines to the Plan of Reorganization forwarded by David Warfield; edit the Plan hosted by Gensburg Calandriello & Kanter incorporating some of David Warfield's suggested edits. |
| 10/4/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Review and respond to e-mails regarding the draft edits to the Plan of Reorganization and the Non- |
| 10/5/2021 | MTG | 1.40 | $450.00 | $630.00 | 812 | Continue redlining the Plan. |
| 10/5/2021 | EPG | 0.70 | $335.00 | $234.50 | 812 | Review of updated plan and related documents.  Email to Matthew Gensburg regarding post-confirmation trustee compensation. |
| 10/5/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review and respond to e-mails regarding dealing with post-confirmation professionals from Phil Groben. |
| 10/6/2021 | MTG | 0.40 | $450.00 | $180.00 | 812 | Participate in a telephone call with Gus Sparagis and Matthew Brash regarding his problems with the draft |
| 10/6/2021 | MTG | 0.40 | $450.00 | $180.00 | 812 | Review and respond to e-mails regarding the status of plan edits from Matthew Brash, Will Manderscheid and William Factor (x2); participate in a telephone call with William Factor regarding the same. |
| 10/7/2021 | MTG | 2.90 | $450.00 | $1,305.00 | 812 | Review and accept or reject the edits to the Plan proposed by LQD Financial Corp. |

| Date | User | Hours | Rate ($) | Slip Value | Task Category | Description |
|---|---|---|---|---|---|---|
| 10/7/2021 | EPG | 0.70 | $335.00 | $234.50 | 812 | Review of plan redline. |
| 10/7/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Participate in a telephone call with William Factor concerning comments with respect to his edits to the plan. |
| 10/7/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review e-mails regarding new edits to the Plan of reorganization suggested by LQD Financial from William Factor and David Warfield (x2); forward the same to David Warfield and Matthew Brash. |
| 10/8/2021 | EPG | 1.50 | $335.00 | $502.50 | 812 | Review of plan redline. Phone call with William Factor to discuss draft confirmation scheduling order and email to group with updated order. Review of draft plan and provided suggested changes to Matthew |
| 10/8/2021 | MTG | 0.80 | $450.00 | $360.00 | 812 | Review and respond to e-mails coordinating a call to discuss the Plan from William Factor (x3) and David |
| 10/8/2021 | MTG | 0.60 | $450.00 | $270.00 | 812 | Revise Plan based on conversation with William Factor regarding the same; participate in a telephone call |
| 10/8/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Conference with Phil Groben regarding the status of our draft scheduling order. |
| 10/11/2021 | MTG | 1.30 | $450.00 | $585.00 | 812 | Participate in a conference call with David Warfield and William Factor regarding new edits to the Plan; review e-mails relating to the same from David Warfield. |
| 10/11/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review e-mails forwarding the Scheduling Order regarding confirmation from Phil Groben. |
| 10/12/2021 | MTG | 1.70 | $450.00 | $765.00 | 812 | Make the edits to the Plan of Reorganization discussed with William Factor and David Warfield on October 11, 2021 and forward a redline of that Plan to parties involved in the negotiations; review and respond to e- |
| 10/13/2021 | MTG | 2.70 | $450.00 | $1,215.00 | 812 | Review David Warfield's new proposed edits to the Plan of Reorganization and edit the plan accordingly. |
| 10/13/2021 | EPG | 4.00 | $335.00 | $1,340.00 | 812 | Amendment to Amended Joint Plan and creation of ballots and notice of confirmation hearing. |
| 10/14/2021 | MTG | 1.20 | $450.00 | $540.00 | 812 | Participate in a conference call with David Warfield, William Factor and Phil Groben regarding final edits to the Plan of Reorganization and tasks to necessary to get it on file. |
| 10/14/2021 | MTG | 1.10 | $450.00 | $495.00 | 812 | Review David Warfield's new edits to the Plan; review e-mails regarding the latest edits of the Plan of |
| 10/14/2021 | EPG | 1.20 | $0.00 | $0.00 | 812 | Conference call with Matthew Gensburg, David Warfield, and Bill Factor to discuss plan draft and finalization of plan terms and language. |
| 10/14/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Review and respond to e-mails regarding the status of the Settlement Agreement from Gus Sparagis (x2) and William Factor; review redline of Settlement Agreement; participate in a telephone call with Gus |
| 10/15/2021 | EPG | 3.50 | $335.00 | $1,172.50 | 812 | Prepare for and telephone call with Carin Sovrik and Matthew Brash to review draft plan and certain |
| 10/15/2021 | EPG | 1.40 | $335.00 | $469.00 | 812 | Preparation for and telephone call with Bill Factor to review changes to the Joint Plan of Reorganization. |
| 10/15/2021 | EPG | 1.30 | $335.00 | $435.50 | 812 | Conference call with Bill Factor, David Warfield, and Matthew Gensburg to discuss final amendments to Joint Plan of Reorganization. |
| 10/15/2021 | MTG | 0.60 | $450.00 | $270.00 | 812 | Review and respond to e-mails regarding David Warfield's new edits to the Plan including treatment of Class |
| 10/15/2021 | EPG | 0.10 | $335.00 | $33.50 | 812 | Email correspondence with Matt Brash regarding draft plan of reorganization. |
| 10/17/2021 | MTG | 0.30 | $450.00 | $135.00 | 812 | Review e-mails regarding LQD Financial edits to the Plan from William Factor (x4), Phil Groben (x4), Matthew Brash, David Warfield, William Factor and Gretchen Silver (x2). |
| 10/17/2021 | MTG | 0.30 | $450.00 | $135.00 | 812 | Review e-mails regarding the status of the Settlement Agreement fron Gus Sparagis (x4), William Factor (x7), |
| 10/18/2021 | EPG | 4.80 | $335.00 | $1,608.00 | 812 | Review e-mail exchange regarding settlement agreement negotiations and phone call with Matthew Gensburg to discuss same; review of LQD updates to settlement agreement; phone call with Bill Factor to discuss plan versions; detailed e-mail to Bill Factor and David Warfield with plan issues; review of amended Exhibits 2 and 3 and phone call with David Warfield to discuss same; collection of materials and documents for email to group; discussions with Bill Factor, Matthew Gensburg, and Trustee regarding LQD request for |
| 10/18/2021 | MTG | 0.40 | $450.00 | $180.00 | 812 | Review e-mails regarding the status of filing the plan from Phil Groben and William Factor, David Warfield; participate in a telephone call with Phil Groben regarding the same. |
| 10/18/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review e-mails regarding the status of executing a Settlement Agreement with Steven Karfaridis from William Factor. |
| 10/19/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Review e-mails regarding edits to the Settlement Agreement from Gus Sparagis (x7), William Factor (x11), Phil Groben and David Warfield. |
| 10/20/2021 | MTG | 0.40 | $450.00 | $180.00 | 812 | Review and respond to e-mails regarding final plan changes from the Subchapter V Trustee and David |
| 10/20/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review e-mails regarding the effective date of the Settlement Agreement from William Factor, Gus Sparagis. |
| 10/21/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review e-mails regarding execution of the Settlement Agreement from Gus Sparagis (x2), William Factor (x3), Matthew Brash; review e-mails regarding service of the Plan from Phil Groben. |
| 10/22/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review e-mails regarding redlining the amended plan of reorganization from Gretchen Silver (x3) and David Warfield (x2). |
| 10/26/2021 | EPG | 0.40 | $335.00 | $134.00 | 812 | Phone call with David Warfield to discuss plan confirmation and professional fees; e-mail to trustee with |
| 11/2/2021 | MTG | 0.40 | $450.00 | $180.00 | 812 | Review the ballot from LQD Financial and e-mail the plan sponsors regarding the need to start soliciting votes for the plan of reorganization; review and respond to e-mails in response from Matthew Brash (x3), |
| 11/3/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Coordinate meeting to discuss creditor solicitation and responsibilities and review e-mails related to the same from William Factor, David Warfield and Eric Weisheit. |
| 11/5/2021 | MTG | 0.60 | $450.00 | $270.00 | 812 | Participate in a conference call with David Warfield, William Factor, Matthew Brash, Will Mandersheid and Phil Groben regarding solicitation of creditors, modifications of Well Done Hospitality's compensation |
| 11/5/2021 | EPG | 0.70 | $0.00 | $0.00 | 812 | Conference call with Matthew Brash, Matthew Gensburg, Bill Factor, David Warfield, and representatives of |
| 11/5/2021 | EPG | 0.10 | $335.00 | $33.50 | 812 | E-mail to David Warfield regarding sample ballot. |
| 11/8/2021 | AEC | 1.40 | $280.00 | $392.00 | 812 | Review dockets for all Illinois Chapter 11 bankruptcy cases filed since May for Confirmation Order and |
| 11/8/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Prepared draft confirmation order. |
| 11/9/2021 | AEC | 0.70 | $280.00 | $196.00 | 812 | Review Confirmation Orders for previously filed Chapter 11 bankruptcy cases in Northern District of Illinois; send same to Matthew Gensburg in connection with preparing confirmation order for Crave Brand. |
| 11/9/2021 | EPG | 0.20 | $335.00 | $67.00 | 812 | Phone call with trustee regarding balloting issues and responded to email from trustee regarding same. |
| 11/9/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review e-mails regarding solicitation of creditors from Matthew Brash, Phil Groben. |

(1) Lumping reduced 10%
(1) Lumping reduced 10%
(1) Lumping reduced 10%
(1) Lumping reduced 10%
(1) Lumping reduced 10%
(1) Lumping reduced 10%

Case 21-04729, Doc 305, Filed 12/23/2021, Entered 12/23/2021 08:12:45, Desc Exhibit B,
Page 5 of 7

| Date | User | Hours | Rate ($) | Slip Value | Task Category | Description |
|---|---|---|---|---|---|---|
| 11/10/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review ballots forwarded by Matthew Brash, Phil Groben (x2). |
| 11/12/2021 | EPG | 0.30 | $335.00 | $100.50 | 812 | Phone call with attorney for Lake Bluff landlord regarding cure amount and email to Matt Brash and Matthew Gensburg with update and proposal for resolution. |
| 11/15/2021 | EPG | 0.50 | $335.00 | $167.50 | 812 | Telephone calls with Jason Enright regarding Lake Bluff cure claim; e-mail to William Factor confirming |
| 11/16/2021 | MTG | 2.90 | $450.00 | $1,305.00 | 812 | Start drafting the Confirmation Order. |
| 11/16/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review e-mails regarding balloting in the Northern District of Illinois from David Warfield. |
| 11/16/2021 | EPG | 0.10 | $335.00 | $33.50 | 812 | Email to David Warfield regarding report of balloting. |
| 11/17/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Review case law on vacant classes as it concerns voting under Section 1126 and review e-mails regarding the |
| 11/17/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Continue editing the draft Confirmation Order. |
| 11/17/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Participate in the conference call with William Factor, Matthew Brash and David Warfied to discuss the pending confirmation hearing. |
| 11/17/2021 | EPG | 0.60 | $335.00 | $201.00 | 812 | Review of draft confirmation order and zoom conference with Bill Factor, Jeff Paulson, Matthew Gensburg, Matt Brash, and David Warfield to discuss same. |
| 11/17/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review and respond to e-mails coordinating a conference call to discuss the pending confirmation hearing |
| 11/17/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review draft Report of Balloting and review and respond to e-mails involving the same from David Warfield |
| 11/18/2021 | MTG | 1.60 | $450.00 | $720.00 | 812 | Review suggested edits to the Order Confirming Debtors' Joint First Amended Subchapter V Small Business |
| 11/18/2021 | MTG | 0.30 | $450.00 | $135.00 | 812 | Review the draft Report of Balloting and review and respond to e-mails regarding the same from David Warfield (x3). |
| 11/18/2021 | MTG | 0.30 | $450.00 | $135.00 | 812 | Review and respond to e-mails regarding the status of the confirmation hearing from Gretchen Silver (x2), David Warfield and William Factor (x2). |
| 11/19/2021 | MTG | 2.20 | $450.00 | $990.00 | 812 | Draft a short-form confirmation order. |
| 11/19/2021 | MTG | 0.40 | $450.00 | $180.00 | 812 | Participate in a telephone call with Matthew Brash to discuss confirmation tasks; review and respond to e-mails regarding the same from David Warfield. |
| 11/19/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review and respond to e-mails regarding the draft confirmation order from Gretchen Silver, Phil Groben, David Warfield (x2), William Factor and Jason Enright. |
| 11/19/2021 | EPG | 0.20 | $335.00 | $67.00 | 812 | Monitored email communication between Matthew Gensburg, David Warfield, and Bill Factor regarding planning for the confirmation hearing and other matters. |
| 11/20/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review edits to the Short-Form confirmation order and review and respond to e-mails regarding the same from William Factor (x2) and David Warfield (x2). |
| 11/21/2021 | EPG | 0.90 | $335.00 | $301.50 | 812 | Preparation for and participation on conference call with Matthew Gensburg, William Factor, and David |
| 11/21/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Review and revise David Warfield's confirmation outline. |
| 11/22/2021 | MTG | 2.20 | $450.00 | $990.00 | 812 | Prepare for the confirmation hearing. |
| 11/22/2021 | MTG | 1.30 | $450.00 | $585.00 | 812 | Attend confirmation hearing on the Crave Brands Plan of Reorganization. |
| 11/22/2021 | MTG | 0.50 | $450.00 | $225.00 | 812 | Review and respond to e-mail regarding work preparing for the confirmation hearing and finalizing the confirmation order from Matthew Brash(x6), Gretchen Silver (x3), David Warfield (x3), William Factor(x2) |
| 11/23/2021 | MTG | 0.30 | $450.00 | $135.00 | 812 | Review and edit the draft Notice of Entry of Order Confirming Debtors' Joint First Amended Subchapter V |
| 11/23/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review and respond to e-mails regarding modified draft Confirmation Order from Jason Enright (x2), William Factor, David Warfield (x4), Robert LeHane (x2) and David Newby (x2). |
| 11/24/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review and respond to e-mails regarding the status of the Confirmation Order and the ORBA fee application from William Factor (x3) and Phil Groben. |
| 11/24/2021 | EPG | 0.20 | $335.00 | $67.00 | 812 | Monitored e-mail and correspondence with William Factor and David Warfield regarding DOTF submissions. |
| 11/25/2021 | MTG | 0.30 | $450.00 | $135.00 | 812 | Review e-mails concerning the status of the Order of Confirmation from David Warfield (x6), William Factor (x8) and Phil Groben (x3). |
| 11/29/2021 | EPG | 0.10 | $335.00 | $33.50 | 812 | Monitored e-mail correspondence regarding docketing of confirmation order. |
| 12/7/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review and respond to e-mails regarding the release of the signature pages of the LQD Financial/Steve Karfaridis settlement out of escrow from Gus Sparagis (x2) and William Factor. |
| 12/8/2021 | EPG | 0.50 | $335.00 | $167.50 | 812 | Telephone call with Matt Brash, Cairn Sorvik, and Matthew Gensburg to discuss post-confirmation |
| 12/8/2021 | EPG | 0.30 | $0.00 | $0.00 | 812 | Telephone call with Matthew Gensburg and Bill Factor regarding transition issues. |
| 12/13/2021 | MTG | 2.10 | $450.00 | $945.00 | 812 | Participate in multiple conference calls regarding how to fund the Professional Fee Escrow Agreement. |
| 12/13/2021 | MTG | 0.40 | $450.00 | $180.00 | 812 | Review and respond to e-mails regarding funding the Professional Fee Escrow Agreement from Matthew Brash (x2), William Factor (x4) and David Warfield. |
| 12/14/2021 | MTG | 0.10 | $450.00 | $45.00 | 812 | Review and respond to e-mails regarding how to deal with the Professional Fee Escrow Account and other |
| 12/15/2021 | MTG | 0.20 | $450.00 | $90.00 | 812 | Review and respond to e-mails regarding preparing the Notice of Effective Date from William Factor and David Warfield. |
| 12/22/2021 | EPG | 0.20 | $335.00 | $67.00 | 812 | Phone call with Matt Brash to discuss post confirmation matters. |
| 10/1/2021 | EPG | 0.40 | $335.00 | $134.00 | 813 | Preparation of documents and email to Trustee with draft interim fee application paperwork. |
| | | | $335.00 | $1,440.50 | 813 | Final review of First Interim Fee Application for Gensburg Calandriello & Kanter; amended time per Matthew |
| 10/4/2021 | MTG | 0.90 | $450.00 | $405.00 | 813 | Review and categorize attorney time entries attached to the First Interim Fee Application of Gensburg, |
| 10/4/2021 | EPG | 0.60 | $335.00 | $201.00 | 813 | Filed first applications for compensation for Matthew Brash, Trustee, and Gensburg Calandriello & Kanter. |
| 10/4/2021 | MTG | 0.10 | $450.00 | $45.00 | 813 | Review e-mails regarding fee applications from Phil Groben (x2) and Matthew Brash (x2). |

(1) Lumping reduced 10%

(1) Lumping/reduced 10%

| Date | User | Hours | Rate ($) | Slip Value | Task Category | Description |
|---|---|---|---|---|---|---|
| 10/12/2021 | MTG | 0.40 | $450.00 | $180.00 | 813 | Review and respond to e-mails regarding Thompson Colburn fees from David Warfield (x3); participate in a telephone call with William Factor regarding the same. |
| 10/13/2021 | MTG | 0.20 | $450.00 | $90.00 | 813 | Participate in a telephone calls with William Factor and David Warfield regarding compromising on |
| 10/15/2021 | MTG | 0.10 | $450.00 | $45.00 | 813 | Review e-mails regarding Thompson Colburn's attorneys' fees and compromises involving the same from David Warfield. |
| 10/17/2021 | MTG | 0.20 | $450.00 | $90.00 | 813 | Review and respond to e-mails regarding LQD Financial's questions about Thompson Colburn's attorney fees from William Factor (x2), David Warfield and Matthew Brash. |
| 10/22/2021 | EPG | 0.10 | $335.00 | $33.50 | 813 | Responded to UST email with no objection to fee applications. |
| 10/25/2021 | MTG | 0.80 | $450.00 | $360.00 | 813 | Prepare and attend hearing on Gensburg Calandriello & Kanter's first interim fee application; review and respond to e-mails regarding the same from Gretchen Silver. |
| 10/26/2021 | EPG | 0.30 | $335.00 | $100.50 | 813 | E-mail exchange with office personnel and trustee regarding awarded fees. |
| 10/26/2021 | MTG | 0.10 | $450.00 | $45.00 | 813 | Review e-mails regarding approved attorney fees, including those of Thompson Colburn from Matthew Brash and Phil Groben (x3). |
| 10/27/2021 | MTG | 0.10 | $450.00 | $45.00 | 813 | Review e-mails discussing Thompson Colburn fees and Well Done Hospitality from Matthew Brash. |
| 11/8/2021 | EPG | 0.20 | $335.00 | $67.00 | 813 | Phone call with David Warfield regarding notice procedures. |
| 11/10/2021 | MTG | 0.20 | $450.00 | $90.00 | 813 | Review Motion and Final Application for Compensation for Thompson Coburn LLP, Debtor's Attorney, Fee |
| 11/10/2021 | MTG | 0.30 | $450.00 | $135.00 | 813 | Review and respond to e-mails concerning efforts to finalize the amendment to Well Done Hospitality Group's consulting agreement from Saad Abid, William Factor (x3) and David Welch (x3). |
| 11/18/2021 | MTG | 0.10 | $450.00 | $45.00 | 813 | Review e-mails concerning the Thompson Coburn fees from Gretchen Silver. |
| 11/24/2021 | EPG | 0.20 | $335.00 | $67.00 | 813 | Phone call with Peggy Vyborny regarding administrative expenses and email to same with sample fee |
| 11/29/2021 | EPG | 0.10 | $335.00 | $33.50 | 813 | Responded to e-mail from Peggy regarding fee application. |
| 11/30/2021 | MTG | 0.10 | $450.00 | $45.00 | 813 | Review e-mails regarding the technology charge from ORBA from Peggy Vyborny. |
| 12/1/2021 | EPG | 0.30 | $335.00 | $100.50 | 813 | E-mail correspondence with Matt Brash regarding administrative claims bar date and final fee applications. |
| 12/1/2021 | MTG | 0.10 | $450.00 | $45.00 | 813 | Review e-mails regarding the Trustee's fee application Phil Groben (x2) and Matthew Brash (x2). |
| 12/3/2021 | EPG | 0.40 | $335.00 | $134.00 | 813 | Phone call with Matt Brash and Cairn Sovrik regarding fee application process and post-effective date |
| 12/6/2021 | MTG | 0.70 | $450.00 | $315.00 | 813 | Review Final Fee Application of David A. Warfield and Thompson Coburn LLP as Counsel for the Debtors. |
| 12/22/2021 | EPG | 2.50 | $335.00 | $837.50 | 813 | Prepared all documents necessary to bring ORBA fee application. |
| 12/23/2021 | EPG | 4.80 | $335.00 | $1,608.00 | 813 | Preparation of trustee's second interim and final application for compensation.  Conference call with Matt Brash and Carin Sovrik to discuss second application for compensation. |
| 12/23/2021 | EPG | 5.50 | $335.00 | $1,842.50 | 813 | Preparation of Gensburg Calandriello & Kanter's second interim and final application for compensation; |
| 12/23/2021 | EPG | 0.50 | $335.00 | $167.50 | 813 | Filed applications for compensation for ORBA, Matt Brash, and GCK. |
| 10/22/2021 | EPG | 0.30 | $335.00 | $100.50 | 824 | Review of monthly operating reports and e-mail to Matthew Brash with proposed amendments. |
| 12/1/2021 | EPG | 0.20 | $335.00 | $67.00 | 824 | Filed October operating reports. |
| 12/19/2021 | EPG | 0.20 | $335.00 | $67.00 | 824 | Responded to email to Matt Brash regarding monthly operating reports and final fee applications. |
| 12/23/2021 | EPG | 0.30 | $335.00 | $100.50 | 824 | Review of and filed monthly operating reports for November 2021. |
| 12/23/2021 | EPG | 0.40 | $335.00 | $134.00 | 824 | Review of monthly operating reports for December 2021 and email to Matt Brash regarding same.  Filed December report. |
| 10/4/2021 | MTG | 1.30 | $450.00 | $585.00 | 833 | Prepare for and attend the October 4, 2021 hearings for Crave Brands; review Bankruptcy Court orders and docket dates. |
| 10/4/2021 | EPG | 1.20 | $335.00 | $402.00 | 833 | Prepared for hearing on continued use of cash collateral and motion to extend §354(d)(4) deadline. |
| 10/4/2021 | EPG | 1.00 | $335.00 | $335.00 | 833 | Prepared confirmation scheduling order. |
| 10/5/2021 | MTG | 0.10 | $450.00 | $45.00 | 833 | Review draft Order Setting Hearing on Plan Confirmation and Other Dates. |
| 10/7/2021 | MTG | 0.40 | $450.00 | $180.00 | 833 | Review and edit the draft Order Setting Hearing on Plan Confirmation and Other Dates. |
| 10/8/2021 | EPG | 0.70 | $335.00 | $234.50 | 833 | Amendments to confirmation scheduling order and email to counsel for Debtors, Trustee, and LQD Financial with draft copy.  Email order to chambers's DOTF address. |
| 10/8/2021 | MTG | 0.50 | $450.00 | $225.00 | 833 | Make further revisions to the draft Order Setting Hearing on Plan Confirmation and Other Dates; review and respond to e-mails regarding the same from Phil Groben (x4), William Factor, Gretchen Silver and David |
| 10/25/2021 | EPG | 0.80 | $335.00 | $268.00 | 833 | Preparation for appearance on presentation of applications for compensation for Gensburg Calandriello & Kanter, P.C. and Matthew Brash, Subchapter V Trustee. |
| 10/25/2021 | EPG | 0.10 | $335.00 | $33.50 | 833 | Calendared LQD 1111(b) motion. |
| 11/8/2021 | MTG | 0.60 | $450.00 | $270.00 | 833 | Prepare for and attend the hearing on LQD Financial's motion to extend the time period in which it must |
| 11/21/2021 | MTG | 0.50 | $450.00 | $225.00 | 833 | Participate in a conference call with David Warfield, William Factor and Phil Groben to discuss preparation |
| 11/23/2021 | EPG | 0.60 | $335.00 | $201.00 | 833 | Prepared e-mail to chambers DOTF mailbox and attachments to e-mail. |
| 12/6/2021 | MTG | 1.10 | $450.00 | $495.00 | 833 | Attend hearing on the Final Fee Application of David A. Warfield and Thompson Coburn LLP as Counsel for the Debtors. |
| 10/4/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding entering into a virtual office lease from Matthew Brash. |

(1) Lumping reduced 10%

(1) Lumping reduced 10%

Case 21-04729, Doc 305, Filed 12/23/2021, Entered 12/23/2021 08:12:49, Desc Exhibit B,
Page 7 of 7

| Date | User | Hours | Rate ($) | Slip Value | Task Category | Description |
|---|---|---|---|---|---|---|
| 10/4/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding a request for a Tenant Estoppel Letter involving the Oak Lawn lease from Matthew |
| 10/6/2021 | EPG | 1.60 | $335.00 | $536.00 | 835 | Review of Estoppel Letters and email to trustee regarding same. |
| 10/6/2021 | MTG | 0.80 | $450.00 | $360.00 | 835 | Review and respond to e-mails regarding the new month-to-month lease for the Debtors from Matthew |
| 10/6/2021 | EPG | 0.50 | $335.00 | $167.50 | 835 | Review of Servcorp lease and email to trustee regarding same. |
| 10/6/2021 | MTG | 0.20 | $450.00 | $90.00 | 835 | Review and respond to e-mails regarding outstanding Estoppel Letters from Landlords from Phil Groben (x2). |
| 10/7/2021 | MTG | 0.20 | $450.00 | $90.00 | 835 | Review e-mails regarding the requested Estoppel Certificates sought by some landlords and the PPP loan |
| 10/8/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding the "virtual lease" from Matthew Brash. |
| 10/18/2021 | EPG | 0.30 | $335.00 | $100.50 | 835 | Email to Trustee regarding Tap Mango. |
| 10/19/2021 | EPG | 4.00 | $335.00 | $1,340.00 | 835 | Amended estoppel letters to MEPT Springbrook, LLC and MEPT Stony Creek, LLC; discussion with Gary Kanter and research estoppel letters. |
| 10/19/2021 | MTG | 0.40 | $450.00 | $180.00 | 835 | Review e-mails regarding edits to the Plan of Reorganizationn including whether to assume the Tap Mango contract from Eric Weisheit, William Factor (x3), Matthew Brash (x5), Phil Groben (x6) and David Warfield |
| 10/20/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding edits to the Naperville and Oak Lawn estoppel letters from Phil Groben. |
| 10/22/2021 | EPG | 0.50 | $335.00 | $167.50 | 835 | Phone call to MEPT Springbrook landlord representative regarding tenant estoppel letter.  Emailed signed landlord estoppel letters to Springbrook and Stony Creek landlords. |
| 10/25/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding the Estoppel Letter from MEPT Springbrook and MEPT Stony Creek from Phil |
| 10/29/2021 | EPG | 0.10 | $335.00 | $33.50 | 835 | Responded to e-mail from Douglas Leach regarding potential store lease negotiations. |
| 11/4/2021 | EPG | 0.30 | $335.00 | $100.50 | 835 | Call with Jason Enright regarding issues with Lake Bluff lease. |
| 11/4/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding problems with the Lake Bluff CAM charges and their effect on the cure costs from |
| 11/5/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding errors involving the CAM charges for the Lake Bluff restaurant from Jason Enright and Phil Groben. |
| 11/12/2021 | MTG | 0.30 | $450.00 | $135.00 | 835 | Review e-mails regarding the Lake Bluff landlord's objection to our proposed cure amount from Phil Groben (x3), Matthew Brash (x5), Michael Webb (x2), Saad Abid and Kiran Vakamudi. |
| 11/12/2021 | MTG | 0.20 | $450.00 | $90.00 | 835 | Review and respond to e-mails regarding missed lease payments for the Normal store from Phil Groben (x4) |
| 11/12/2021 | EPG | 0.20 | $335.00 | $67.00 | 835 | Received voicemail from Kiran Vakamudi regrading post petition payments on Normal lease; phone call with Kiran Vakamudi and email with copies of checks. |
| 11/15/2021 | MTG | 0.40 | $450.00 | $180.00 | 835 | Review and respond to e-mails regarding the real estate tax refund involving the Meatheads Oak Lawn restaurant from Michael Webb (x3), David Warfield (x4) and William Factor (x2). |
| 11/19/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review and respond to e-mails regarding assuming the license agreements from David Warfield (x2) and |
| 11/23/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review and respond to e-mails regarding the reissued rent payment for the Normal restaurant and |
| 11/23/2021 | EPG | 0.10 | $335.00 | $33.50 | 835 | E-mail to Kiran Vakamudi with copy of reissued September rent check. |
| 11/30/2021 | MTG | 0.70 | $450.00 | $315.00 | 835 | Review and respond to e-mails regarding past due rent and tax reimbursement related to the Champaign restaurant from Danish Thameem (x2), Brian Landstrom (x2), Michael Webb, David Warfield and William |
| 12/1/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding the Regency Centers lease from Robert Lehane, David Warfield |
| 12/9/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding the Regency Center leases from Robert LeHane (x2), David Warfield (x2) and |
| 12/10/2021 | MTG | 0.10 | $450.00 | $45.00 | 835 | Review e-mails regarding the disputed cure obligations involving the Northbrook and Roscoe Village leases |
| 12/13/2021 | MTG | 0.20 | $450.00 | $90.00 | 835 | Review e-mails regarding Regency Center attorney fees, the Oak Lawn bill and an extension request involving the Frankfort lease from David Warfield (x5), William Factor (x8), Michael Webb and Kelly Conlan |
|  |  | 147.20 |  | $57,107.00 |  |  |

(1) Lumping reduced 10%